Bradley T. Cave, P.C. (Wyo. State Bar #5-2792)
HOLLAND & HART LLP
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY 82001
Telephone: 307.778.4200
bcave@hollandhart.com

Yan Ge (pending admission *pro hac vice*)
Michael Amberg (pending admission *pro hac vice*)
Wenfeng Su (pending admission *pro hac vice*)
KING & WOOD MALLESONS LLP
535 Middlefield Road, Suite 245
Menlo Park, California 94025
Telephone: (650) 858-1285
geyan@us.kwm.com
michael.amberg@us.kwm.com
wenfeng.su@us.kwm.com

Bing Cheng (pending admission *pro hac vice*)
18th Floor, East Tower, World Financial Center
No.1 Dongsanhuan Middle Road
Chaoyang District Beijing 100020 P. R. China
Telephone: +86 (10) 5878-5187
chengbing@cn.kwm.com

COUNSEL FOR PETITIONER
WEIHAI TEXTILE GROUP IMPORT & EXPORT CO. LTD.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| WEIHAI TEXTILE GROUP IMPORT & EXPORT CO., LTD.,<br><br>    Petitioner,<br><br>    v.<br><br>ERUPTION HOLDINGS INC.,<br><br>    Respondent. | Case No. 2:21-mc-00147-SWS |

## **PRECIPE**

TO THE CLERK OF SAID COURT:

    Please issue Summonses in the above-entitled cause for:

Eruption Holdings Inc.
C/O Gwen Legge, President/Director

and

Eruption Holdings Inc
C/O John Legge, Vice President/Director

Dated: June 16, 2021.

/s/ *Bradley T. Cave*
Bradley T. Cave, P.C. (Wyo. State Bar # 5-2792)
HOLLAND & HART LLP
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY 82001
Telephone: 307.778.4200
bcave@hollandhart.com

Yan Ge (pending admission *pro hac vice*) Michael Amberg (pending admission *pro hac vice*)
Wenfeng Su (pending admission *pro hac vice*)
KING & WOOD MALLESONS LLP
535 Middlefield Road, Suite 245
Menlo Park, California 94025
Telephone: (650) 858-1285
geyan@us.kwm.com
michael.amberg@us.kwm.com
wenfeng.su@us.kwm.com

Bing Cheng (pending admission *pro hac vice*)
18th Floor, East Tower, World Financial Center
No.1 Dongsanhuan Middle Road
Chaoyang District Beijing 100020 P. R. China
Telephone: +86 (10) 5878-5187
chengbing@cn.kwm.com

COUNSEL FOR PETITIONER
WEIHAI TEXTILE GROUP
IMPORT & EXPORT CO. LTD.

16901695_v1