Ryan L. Ford, WSB# 7-4667, rford@wpdn.net
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
PO Box 10700
Casper, WY 82602
(307) 265-0700
(307) 266-2306 (facsimile)

*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| WEIHAI TEXTILE GROUP IMPORT & EXPORT CO., LTD., ) ) ) | |
| *Petitioner,* ) ) | Case No.: 2:21-MC-00147-SWS |
| v. ) ) | |
| ERUPTION HOLDINGS, INC., ) ) | |
| *Respondent.* ) | |

## ENTRY OF APPEARANCE

Ryan L. Ford, of Williams, Porter, Day & Neville, P.C., hereby enters his appearance on behalf of Respondent, in the above captioned matter.

**RESPECTFULLY SUBMITTED this 26th day of July, 2021.**

ERUPTION HOLDINGS, INC.,
a Wyoming corporation,

*Plaintiff.*

By:    */s/ Ryan L. Ford*
Ryan L. Ford, WSB# 7-4667
rford@wpdn.net
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
PO Box 10700

Casper, WY 82602
(307) 265-0700
(307) 266-2306 (facsimile)