FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

2021 JUL 26   PM 4: 35

MARGARET BOTKINS, CLERK
CASPER

| | |
|---|---|
| WEIHAI TEXTILE GROUP IMPORT & EXPORT CO., LTD., | ) ) ) |
| *Petitioner,* | ) ) ) |
| v. | ) ) |
| ERUPTION HOLDINGS, INC., | ) ) ) |
| *Respondent.* | ) |

Case No.: 2:21-MC-00147-SWS

---

**ORDER GRANTING RESPONDENT'S
FIRST MOTION FOR EXTENSION OF TIME TO RESPOND**

---

Having come before the Court upon Respondent's *First Motion for Extension of Time to Respond*, and finding good cause to grant the same, it is hereby ordered as follows:

1. Respondent's motion is granted;

2. Respondent shall have through the end of the day on August 9, 2021, to file its responsive pleadings and objections to the Petition, with the Court.

DATED this 26ᵗʰ day of July, 2021.

United States District Judge