# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

WEIHAI TEXTILE GROUP IMPORT      )
EXPORT CO., LTD.,                       )
                                 )     Case No.: 2:21-MC-00147-SWS
           *Petitioner,*         )
                                   )
     v.                                    )
                                   )
ERUPTION HOLDINGS, INC.,         )
                                   )
           *Respondent.*        )

---

## EXHIBIT A

## AFFIDAVIT OF JOHN LEGGE

---

John Legge, being of legal age, sound mind, and duly sworn, hereby swear and testify as follows:

1.      I have read and understand the following information, including its accompanying exhibits, and that as presented in the *Brief in Support of Motion to Set Aside or Refuse Arbitral Award.* To the best of my knowledge and ability, I verify and swear, under penalty of perjury, the same to be true and accurate.

2.      Eruption was originally formed on February 3, 2016. **Exhibit 1**, attached hereto and incorporated herein by reference.

3.      It has now been administratively dissolved by the Wyoming Secretary of State, effective on April 11, 2019.

4.      From formation until its dissolution, the principal and mailing addresses of Eruption were associated with Wyoming EZ Corporation.

Legge Affidavit: 001

5.     If mail was received by that entity, it was then forwarded to Eruption at my home address.

6.     The company was formed by myself (the then-acting Vice President) and my wife, Gwen (the then-acting President).

7.     Our goal was to provide America's military and veterans with men's t-shirts to generate feelings of pride, respect and to encourage both the viewer and the wearer to keep America strong.

8.     If that generated any money, we wanted to make sure that expenses were covered and then donate to other military service and support efforts.

9.     As a veteran of the Air Force, this mission resonated with me.

10.    My father has always told me "If you can think it, you can do it. Never be afraid to think." That mentality led to many of my endeavors, acting as pilot, diver, patent holder, inventor, software engineer, nanotech developer, and as CEO/CFO of numerous business ventures, including Eruption.

11.    In its vision to support America's military, Eruption dedicated itself to duty, honor and strength, creating unique designs to provide active military servicemen, first responders and government agency employees, with appealing and functional apparel that championed the "America Strong" philosophy. **Exhibit 2**, attached hereto and incorporated herein by reference.

12.    To accomplish this objective, Eruption partnered with the U.S. Navy Exchange ("NEX"), the Army and Air Force Exchange Service ("AAFES") and GovX (associated with first responders). **Exhibit 3**, attached hereto and incorporated herein by reference.

Legge Affidavit: 002

13.     These organizations strive to provide services and merchandise to America's military personnel in order to make lives more comfortable, regardless of the station location, and to provide support to those who returned home.

14.     Eruption created several different men's t-shirt designs and submitted them to the respective entities (it did attempt to offer hats and long-sleeve shirts; however, the only items which sold were the t-shirts). See Exhibit 2. See also **Exhibit 4**, attached hereto and incorporated herein by reference.

15.     From early 2016 through the summer of 2017, Eruption took and filled orders.

16.     Each of the orders were placed, manufactured and filled in the United States (all in California, to be exact). As part of keeping "America Strong" it is imperative that design and manufacturing be completed within the states.

17.     Additionally, as Eruption was working with governmental entities, it was considered to be a service provider subject to the requirements of the Department of Defense.

18.     One of those requirements is that everything be American made. Naturally, Eruption was proud to oblige.

19.     In July of 2017, NEX expressed a desire to have reflective ink on the t-shirts in order to provide additional protection and safety for its patrons. **Exhibit 5**, attached hereto and incorporated herein by reference.

20.     However, this was a new step for Eruption and its existing suppliers were not able supply what Eruption needed.

21.     I began the long search for an additional provider.

22.     After exhausting numerous leads and potential relationships, Mr. Legge was

introduced to Francis and Annie Liang, operators of the Feimann Group (hereinafter referred to as "Feimann"), in October of 2017.

23.     It was represented that Feimann had the knowledge and capacity to fulfill Eruption's needs.

**ERUPTION'S NEW VISION COMES TO FRUITION.**

24.     On May 21, 2018, NEX issued a purchase order to Eruption, under Eruption's Department of Defense vender number 079202411. **Exhibit 6**, attached hereto and incorporated herein by reference.

25.     Eruption considered this moment a tremendous success and the beginning of something bigger than it had originally contemplated.

26.     To fulfill this demand, Eruption issued its first and only purchase order to Feimann, on March 21, 2018, for four designs of Eruption's veteran style brand t-shirts. **Exhibit 7**, attached hereto and incorporated herein by reference.

27.     The purchase order was completed on April 30, 2018, and the final products were accepted by Eruption. For these efforts, Feimann was compensated by Eruption in the amount of $3,432.00 (under invoice #FMG18025) on May 14, 2018. **Exhibit 8**, attached hereto and incorporated herein by reference.

28.     This was the only purchase order that was agreed upon between Eruption and Feimann.

29.     Shortly thereafter, due to the politics between AAFES, GovX and NEX (which are competing entities), the red tape associated with governmental agencies, and the low margins associated with t-shirt sales, Eruption came to the realization that its business life was

Legge Affidavit: 004

quickly coming to a close.

30.    In the mid-summer of 2018, Eruption filled its final order with GovX.

31.    Eruption was non-operational after August of 2018, and made no further orders.

32.    Realizing its run was over, Eruption closed its bank account on November 25, 2019. **Exhibit 9**, attached hereto and incorporated herein by reference.

## A.    FORGERY AND FRAUD.

33.    On August 28, 2018, Eruption was asked by Mr. Liang to assist Feimann with its manufacturer relationships by wiring $300.00 to Weihai Textile Group, Inc. (hereinafter referred to as "Weihai"). Mr. Liang explained that he and/or Feimann would wire $350.00 to Eruption (with the extra $50.00 being provided to cover wiring expenses). Once Eruption received the wire, it was to wire the amount of $300.00 to Weihai.

34.    The request seemed innocent enough. Looking forward to assisting a perceived partner in need, on August 29, 2018, Eruption acted as requested. **Exhibit 10**, attached hereto and incorporated herein by reference.

35.    From the pleadings presented in this matter, it appears that Weihai acknowledges receipt of this amount.

36.    After that date, Eruption had no dealings with Feimann or Mr. Liang.

37.    Surprisingly, nearly one year later, in mid-2019, Eruption received correspondence from Brown and Joseph, LLC. Purporting to investigate the matter on behalf of China Export & Credit Insurance Corporation ("Sinosure") for its insured Weihai, Brown and Joseph claimed Eruption owed over $577,000 to Weihai.

38. Ironically, the correspondence was delivered to my home address of 6139 E. Allison Circle; Orange, CA 92869 – it was not sent to Eruption's address. Upon receipt of this correspondence, I contacted the sender, disputed the alleged debt, and discussed the allegations.

39. In January of 2020, I provided additional, written, responses to Brown and Joseph. **Exhibit 11**, attached hereto and incorporated herein by reference.

40. Communications ceased and I considered the matter addressed.

41. Neither I nor Eruption had ordered products or goods from a Chinese company (due to the specification requirements set forth by the governmental agencies and due to personal preference to keep everything in America) and we had never dealt with purchase orders of that magnitude.

42. Between the time of the correspondence and my response, I discovered that on December 12, 2018, correspondence was sent to Weihai, upon what appears to be Eruption letterhead and bearing my alleged signature (hereinafter referred to as the "Letter"). Within the Letter, it is represented as follows:

> I John Legge, hereby give authorization to Mr. Francis Liang, to act on my behalf, representing Eruption Holdings, Inc., in dealing of Apparel Business with China. This Authorization letter also authorizes Feimann Group, Inc., a California registered corporation to act as the handling agent for Eruption Holdings, Inc. in regard to all logistics, warehousing and payment matters.

**Exhibit 12**, attached hereto and incorporated herein by reference.

43. Upon receipt of the Letter, I immediately recognized the same to be utterly false and the signature a blatant forgery.

Legge Affidavit: 006

44. For starters, neither Mr. Liang nor Feimann were authorized to act on behalf of Eruption or myself. Mr. Liang was never considered as an authorized agent, an employee, an affiliate or a shareholder of Eruption.

45. Additionally, Eruption had no business dealings in China – its only connection to Weihai was that of assisting Mr. Liang with the requested wire transfer.

46. Here, it became imminently apparent that Mr. Liang had defrauded Eruption (and me) utilizing our names.

47. After obtaining the Letter, on May 23, 2019, I filled out a report to the Federal Trade Commission (FTC), (report # 107575736) reporting this matter. **Exhibit 13**, attached hereto and incorporated herein by reference.

48. In addition, more recently, I filed a report with the Orange County Police Department in the City of Orange, through Officer J. Hunt, on July 7, 2021, reciting the alleged fraud and identity theft perpetuated by Mr. Liang. Report #21-07-0704 displays the crime type as PC 470 [Forgery] and has been assigned to Detective George. **Exhibit 14**, attached hereto and incorporated herein by reference.

49. To further support this claim of forgery and fraud, I retained a handwriting expert to opine on the signature as found upon the Letter. **Exhibit 15**, attached hereto and incorporated herein by reference. Per the opinion of Ms. Carlson, when comparing the signature of the Letter to my real signature, it is readily apparent **I did not sign the Letter**.

50. In reviewing additional files, I came across a July 25, 2018, letter on Eruption letterhead and signed by Liang. The recipient is unknown – but assuredly this has been provided to numerous Chinese manufacturers. **Exhibit 16**, attached hereto and incorporated

Legge Affidavit: 007

herein by reference.

51.     This correspondence allegedly appoints Mr. Liu, Yun (York Liu) as Eruption's representative in China. I am entirely unfamiliar with this individual. Based upon this correspondence and other demands received from Brown and Joseph, I fear this will not be the first attempt to collect funds from Eruption.

52.     Yet another letter was provided by Brown & Joseph. This correspondence, apparently from Sinosure, purports to assign the $577,000 debt collections efforts to Brown & Joseph. **Exhibit 17**, attached hereto and incorporated herein by reference.

53.     Assuming this is a valid document, it stands to reason Weihai was compensated from its insurer who, in turn, sought to collect through Brown & Joseph. Consequently, it is entirely possible the arbitral award constitutes a windfall for Weihai.

**B.     ERUPTION WAS UNAWARE OF THE ARBITRATION.**

54.     While I was aware that allegations were being made against Eruption due to the received correspondence, I was not aware of any arbitration proceedings. Indeed, only upon service of the Petition (Doc No. 1) was I made aware that a proceeding was held and an award was granted.

55.     Via the Petition, it is clear that Weihai, through the arbitrator, claims on May 6, 2020, an arbitration notice, copy of the Arbitration Rules and Panel of Arbitrators was mailed, via express mail service, to Eruption.

56.     Likewise, Weihai, via the arbitrator, claims that the arbitration court mailed the arbitration application and the evidence to Eruption. It is alleged that those mailings were confirmed and delivered on July 14, 2020. However, Eruption has never received these alleged

Legge Affidavit: 008

mailings.

57.    Similarly, Petitioner, via the arbitrator, claims that on September 24, 2020, a signed declaration and a notice of hearing was provided to Eruption. This mailing has a purported delivery date of September 30, 2020. As before, Eruption has never received this alleged mailing.

58.    Finally, the Petition, via the arbitrator, claims that on November 30, 2020, the arbitration court forwarded the "List of Documents Submitted by the Claimant" to Eruption. This mailing has a purported delivery date of December 7, 2020. As before, Eruption has never received this alleged mailing.

59.    I find the lack of receipt of these mailings concerning as the arbitral court seems to claim that "All arbitration documents in relation to the Case have been served to the Claimant and the Respondent according to Article 8 of the Arbitration Rules."

60.    This failure is even more concerning when a representative of Weihai (Brown & Joseph) was able to contact me, at my personal address, had my phone number and had my e-mail address.

61.    On July 16, 2021, I confirmed with Wyoming EZ Corp, that no mailings, legal papers, or any other correspondence on this matter, were received by virtue of Wyoming EZ Corporation acting as its Registered Agent in Wyoming. **Exhibit 18**, attached hereto and incorporated herein by reference.

62.    1603 Capital Avenue; Suite 314; Cheyenne, Wyoming 82001, was the commonly utilized address for Eruption. This was also the mailing address for Wyoming EZ Corporation – all deliveries to that address are forwarded to my home. No mailings or deliveries were

Legge Affidavit: 009

received.

63. I have also confirmed with Wyoming EZ Corporation that, even though Eruption is administratively dissolved, they will continue to forward mail. No mailings or deliveries were received.

64. Investigating the matter even further, the only provided tracking number in the Petition suggests that the alleged mailing has not been delivered in the United States, if delivered at all. **Exhibit 19**, attached hereto and incorporated herein by reference.

65. I have attempted to follow this tracking number through a variety of website tracking applications. Only two outcomes are realized – either the package does not exist, or it is awaiting delivery. *Id.*

66. Based upon this discovery, it stands to reason that no correspondence was ever delivered to or received by Eruption or its actual agents.

67. The failure of the arbitral court to provide sufficient notice to Eruption deprived me and Eruption of the opportunity to present the merits of its case at the arbitration hearing.

## C.    ERUPTION'S FURTHER REVIEW OF THE PETITION.

68. Throughout Exhibit 1 of the Petition, I see several factual matters or allegations which do not match with Eruption's operations.

69. First and foremost, Eruption has never ordered goods or merchandise in the volume or monetary value presented.

70. Nor has Eruption ordered from China. Indeed, Eruption could not order from China due to the Department of Defense requirements and my desire that everything be made

in America.

71.    All of the purchase orders with Weihai appear to be signed by Mr. Liang, allegedly as the manager of Eruption.

72.    However, Mr. Liang had no authority to act on behalf of Eruption.

73.    Mr. Liang was never an employee, shareholder, agent or other representative of Eruption. Any allegations of authority are based purely on fraud.

74.    The items ordered generally do not fall within Eruption's business model.

75.    Eruption was in the sole business of men's t-shirts (it did attempt to offer hats and long-sleeve shirts; however, the only items which sold were the t-shirts).

76.    Eruption has never been in the business of procuring or selling ladies pants, ladies jackets, batwing tees, hoodies, pants of any nature or shorts. However, these are precisely the items as ordered from Weihai by Mr. Liang. See Petition, Doc. 1, Pgs. 82-103.

77.    In addition, these orders account for the procurement of approximately 77,600 individual pieces of merchandise.

78.    Eruption has never made an order of that magnitude.

79.    During Eruption's lifetime, at most, only 10,000 t-shirts were sold.

80.    There was no need or demand for Eruption to support the drastic order volumes presented in this matter.

81.    This is particularly true given the fact that, at the time the Weihai orders were placed, Eruption's doors were closed for business.

82.    Finally, it should be noted that Eruption has never received the goods or merchandise as allegedly provided by Weihai.

Legge Affidavit: 011

83. It appears that Feimann and/or Mr. Liang have absconded with the goods and these two parties are left to sort through the mess. That is precisely why I filed the FTC Report and the police report.

84. I am personally aware that Eruption did not (i) enter into a contract with Weihai, (ii) order the goods or merchandise or (iii) authorize Mr. Liang to act on its behalf.

85. It is apparent that Mr. Liang and/or Feimann willfully and ill heartedly used me and my company to open the door to Weihai via a $300 wire transfer.

86. Based on the fact that the Letter was provided to Weihai months after the first order was submitted by Mr. Liang, it stands to reason that Weihai began to question the validity of the numerous transactions (and likely the lack of payment) as well.

87. This is particularly true when one considers that, other than the $300, all payments to Weihai were issued by Feimann, not by Eruption. See Petition, Doc. 1, pg. 29.

88. Eruption has never conducted business in China and has never authorized Mr. Liang to act on its behalf.

89. I have read and understand the foregoing information, including its accompanying exhibits, and that as presented in the *Brief in Support of Motion to Set Aside or Refuse Arbitral Award*. To the best of my knowledge and ability, I verify and swear, under penalty of perjury, the same to be true and accurate.

Subscribed and sworn to this ___ day of August, 2021.

Signed: _____
John Legge

Legge Affidavit: 012

*- A true and accurate copy of the California Notarization Confirmation Page Follows -*

Legge Affidavit: 013

Clear/Reset



**WELLS FARGO**

# All-purpose Acknowledgment   California

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of **Orange**

On **08/06/2021** _____ before me, **Alex Hernandez, Notary Public** _____ (here insert name and title of the officer),

personally appeared **John Victor Legge** _____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

**ALEX HERNANDEZ**
**COMM. #2357741**
**NOTARY PUBLIC - CALIFORNIA**
**ORANGE COUNTY**
**My Commission Expires 05/15/2025**

Notary Seal

WITNESS my hand and official seal.

Signature _____

**For Bank Purposes Only**

Description of Attached Document

Type or Title of Document **Affidavit of John Legge**

Document Date **08/06/2021** _____ Number of Pages **14** _____

Signer(s) Other Than Named Above **none**

Account Number (if applicable) _____

F O 0 1 - 0 0 0 D S G 5 3 5 0 C A - 0 1

Legge Affidavit: 014

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| WEIHAI TEXTILE GROUP IMPORT & EXPORT CO., LTD., | ) ) ) | |
| *Petitioner,* | ) ) | Case No.: 2:21-MC-00147-SWS |
| v. | ) ) | |
| ERUPTION HOLDINGS, INC., | ) ) | |
| *Respondent.* | ) ) | |

## AFFIDAVIT OF JOHN LEGGE

# EXHIBIT 1



**Wyoming Secretary of State**
State Capitol Building, Room 110
200 West 24th Street
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: Business@wyo.gov

Ed Murray, WY Secretary of State

FILED: 02/03/2016 10:06 AM

ID: 2016-000705400

# Profit Corporation
## Articles of Incorporation

1. Corporation name:

## Eruption Holdings Inc.

2. Name and physical address of its registered agent:
*(The registered agent may be an individual resident in Wyoming, a domestic or foreign entity authorized to transact business in Wyoming, having a business office identical with such registered office. **The registered agent must have a physical address in Wyoming.** A Post Office Box or Drop Box is not acceptable. If the registered office includes a suite number, it must be included in the registered office address.)*

Wyoming EZ Corp
1603 Capitol Ave., Suite 314
Cheyenne, WY 82001

3. Mailing address of the corporation:

1603 Capital Ave., Suite 314-957 Cheyenne, WY 82001

4. Principal office address:

1603 Capital Ave., Suite 314-957 Cheyenne, WY 82001

5. Number and class of shares the corporation will have the authority to issue:

75,000,000 Common and
25,000,000 Preferred

6. Incorporators (*list names and addresses of each incorporator*):

Wyoming EZ Corp
1603 Capitol Ave., Suite 314
Cheyenne, WY 82001



Received
JAN 28 2016
Secretary of State
Wyoming

P-ArticlesIncorporation - Revised 11/2012

Legge Affidavit: 016

7. Execution (*all incorporators must sign*):

Signature: _____  Date: 01/27/2016

Print Name: Autumn Szep, Wyoming EZ Corp  *(mm/dd/yyyy)*

Signature: _____  Date: _____

Print Name: _____  *(mm/dd/yyyy)*

Signature: _____  Date: _____

Print Name: _____  *(mm/dd/yyyy)*

Contact Person: Michael Chermak

Daytime Phone Number: (619) 977-7203  Email: mdchermak@yahoo.com

P-ArticlesIncorporation – Revised 11/2012



**Wyoming Secretary of State**
State Capitol Building, Room 110
200 West 24th Street
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: Business@wyo.gov

## Consent to Appointment by Registered Agent

I, | Wyoming EZ Corp |, registered office located at
*(name of registered agent)*

| 1603 Capitol Ave., Suite 314
Cheyenne, WY 82001 |

voluntarily consent to serve

**\*** *(registered office physical address, city, state & zip)*

as the registered agent for | Eruption Holdings Inc. |
*(name of business entity)*

I hereby certify that I am in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

Signature: _____   Date: | 01/27/2016 |
*(Shall be executed by the registered agent.)*                     *(mm/dd/yyyy)*

Print Name: | Autumn Szep |   Daytime Phone: | (307) 363-0059 |

Title: | Registered Agent |   Email: | wyezcorp@gmail.com |

Registered Agent Mailing Address
(if different than above): | |

---

**\*If this is a new address, complete the following:**

Previous Registered Office(s): | |

I hereby certify that:
- After the changes are made, the street address of my registered office and business office will be identical.
- This change affects every entity served by me and I have notified each entity of the registered office change.
- I certify that the above information is correct and I am in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

Signature: _____   Date: | |
*(Shall be executed by the registered agent.)*                     *(mm/dd/yyyy)*

Checklist
[ ] Submit one **originally signed** consent to appointment and one exact photocopy.

Legge Affidavit: 018

# STATE OF WYOMING
## Office of the Secretary of State

I, ED MURRAY, SECRETARY OF STATE of the STATE OF WYOMING, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

CERTIFICATE OF INCORPORATION

## Eruption Holdings Inc.

Accordingly, the undersigned, by virtue of the authority vested in me by the law, hereby issues this Certificate.

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **3rd** day of **February, 2016**.



Secretary of State

By: _____ Kit Bennett

Filed Date: 02/03/2016

WEIHAI TEXTILE GROUP IMPORT     )
EXPORT CO., LTD.,     )
    )    Case No.: 2:21-MC-00147-SWS
    *Petitioner,*    )
    )
    v.    )
    )
ERUPTION HOLDINGS, INC.,     )
    )
    *Respondent.*    )

**AFFIDAVIT OF JOHN LEGGE**

# EXHIBIT 2

# US Armed Forces





## Men's Clothing by Eruption



# US Armed Forces by: Eruption



## Eruption Mission / Vision Statement

Our mission is to create the most comfortable and affordable clothing experience possible for our customers, while emphasizing durability, flexibility and high quality.

As a measure of our gratitude towards Military / Veteran members and First Responders, *we are donating a portion of each purchase to support Veteran / First Responder Based non-profit organizations.*



# US Armed Forces by: Eruption



## MEANING BEHIND OUR LOGO

**Colors:** Red, White and Blue represent the overwhelming love we have for our country and the men and women that fight each day to protect us! Those colors are true to our core therefore we placed them in the core of our logo to represent that connection.

**Wreath**: Stands for Great Achievements and Victory in your quest. We feel that this symbol personifies you as a person, who will achieve great things in your life; therefore we are giving the wreath of Victory!

**Fleur-de-lis**: also, coupled with this symbol, which stands for the continuing presence of heraldry in everyday life and amazing military units that have used it. We know that you are going to do GREAT things with your life and therefore that's why we chose this symbol as a part of our logo!

*So, be proud of your accomplishments and when the time comes for you to celebrate your victory, please don't hold back and unleash your ERUPTION of emotions from your dedication, hard work and many successes!*



# US Armed Forces by: Eruption

## <u>Chris Miranda-USAF MSgt (Retired)</u>

## <u>Director of Sales - Military / Veteran Liaison</u>

I served and retired from the United States Air Force for a glorious 22 years and returned back to the USAF as a Civil Servant and currently work on Lackland AFB, TX.  During my 22 years my family and I have had the opportunity to live in amazing areas: Texas, Colorado, Utah and Northern Italy.  I also deployed to Afghanistan, Saudi Arabia and the Bosnian conflict.  This company truly believes in the US Military member and therefore it's my honor to work along side them which ultimately helps my Military Family!  One day I will tell you where I was and what my unit did on 911…  I look forward to meeting you and thank you for this wonderful opportunity!  *Chris Miranda*









**Men's Crew Neck T-Shirt FULL SUPPORT**
**SKU: MS-C-FS-DG-(Size)**
**Available Size: S, M, L, XL**
**Color - Dark Gray-DG**

Short: Showing full support for our Military/Veterans!

Full:  GovX & Eruption Clothing have created a high quality fitted style crew t-shirt for all Americans to wear proudly in support of our Military Members / Veterans!  It features a Reflective Ink based logo on the left sleeve as a night safety feature designed with the member's personal safety in mind.

*In Production*

MSRP: $27.95

Legge Affidavit: 025




**Men's Crew T-Shirt Neck WARRIOR APPROVED EAGLE**
**SKU: MS-C-WAE-BK-(Size)**
**Available Size: S, M, L, XL**
**Color - Black-BK**

Short: Combat Warrior Approved Eagle Styled Shirt

Full: GovX & Eruption Clothing have created a high quality fitted style crew t-shirt for all Americans to wear proudly in support of our Military Members / Veterans! It features a Reflective Ink based logo on the left sleeve as a night safety feature designed with the member's personal safety in mind.

In Production

MSRP: $27.95

Legge Affidavit: 026



# US Armed Forces by: Eruption

**BACK OF SHIRTS**



www.USArmedForces.US

Legge Affidavit: 027



# US Armed Forces By: Eruption

CONTACT:

**US Armed Forces By: Eruption**
**Tel: 714-975-6909**
**E: [john@eruptionInc.com](mailto:john@eruptionInc.com)**
**[chrism@eruptionInc.com](mailto:chrism@eruptionInc.com)**
**W: [USArmedForces.US](http://USArmedForces.US)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

WEIHAI TEXTILE GROUP IMPORT     )
EXPORT CO., LTD.,                  )
                                )    Case No.: 2:21-MC-00147-SWS
         *Petitioner,*        )
                                )
        v.                    )
                                )
ERUPTION HOLDINGS, INC.,         )
                                )
        *Respondent.*      )

---

## AFFIDAVIT OF JOHN LEGGE

---

# EXHIBIT 3



# Eruption Clothing Partners with Army and Air Force Exchange Service and GovX

*Unique casual and sportswear clothing line to support military, veterans, first responders and multiple nonprofit organizations.*

Eruption Inc., a casual clothing company providing veteran and military t-shirts, has announced partnerships with the Army & Air Force Exchange Service (AAFES) and GOVX. Eruption is dedicated to creating unique designs for t-shirts and other casual apparel, many with built-in safety features, such as reflective printing, to provide active military servicemen and women, first responders and government agency employees and their families with everyday casual apparel that champions an "America Strong" philosophy.

At the epicenter of Eruption lies the core principles of charity and patriotism. Helping military members, whether Active Duty, Reserve, Guard, First Responders or Veterans that have served the United States of America. Eruption is partnering with some outstanding non-profit organizations that support freedom and patriotism through donating a portion of sales to select 501(c)3 veterans charities.

Since 1895, the AAFES mission has been to support the men and women of the armed forces during military operations, humanitarian missions and other endeavors around the world. "WE GO WHERE YOU GO", epitomizes the AAFES mission, particularly when service members are stationed away from American shores.

AAFES provides Soldiers and Airmen with the services and merchandise they need to make their lives more comfortable, no matter stationed abroad or at home. AAFES also maintains services and support to family members and troops who have returned home from duty overseas.

Eruption also partnered with GovX to support veteran and first responder non-profit organizations by providing exclusive t-shirt designs that promote patriotism. GovX is the ultimate, privileged, e-commerce destination for active duty, reserve and retired members of the U.S. Armed Forces and related government agencies.

The Eruption mission focuses on creating a brighter tomorrow for the heroes of today and yesterday; through patriotic clothing and supports our heroes of past years through charitable programs with veterans support organizations. "We are a charitable patriotic company creating casual clothing for those who are proud to be American and who support our "America Strong" values. We give back to multiple non-profit organizations keeping America Strong." – John Legge, Eruption CEO.

Contribute and help support our men and women that keep America safe while defending our freedoms. Visit www.eruptioninc.com, find a wide selection of military t-shirts and know that every purchase you make helps save a life!

Together we are all "Proud To Be American!"

#AmericaStrong

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| WEIHAI TEXTILE GROUP IMPORT & EXPORT CO., LTD., | ) ) | |
| | ) | Case No.: 2:21-MC-00147-SWS |
| *Petitioner,* | ) ) | |
| v. | ) ) | |
| ERUPTION HOLDINGS, INC., | ) ) | |
| *Respondent.* | ) ) | |

**AFFIDAVIT OF JOHN LEGGE**

# EXHIBIT 4

# Eruption Summer 2017 Men's Apparel

Our reflective ink allows for a stylish design all day but when revealed at night, by headlights, it doubles for safety!




MADE IN THE
U. S. A.

# "America Strong"

John Legge: Eruption Holdings Inc. – CEO – John@eruptioninc.com – 714-975-6909
Chris Miranda: Eruption Holdings Inc. - Military / Veteran Liaison – Chrism@eruptioninc.com – 719-466-1401

Legge Affidavit: 032

Rev: 170328

## Eruption Holdings, Inc. – 33330202





Made in the U.S.A. (both top corners)

**AAFES Cost: $14.98**

**MSRP: $31.75**

**Exchange Customer Cost: $**

### Men's Crew 6210 (MS-CVCC) America Strong

**Self Fabric**: Combed Cotton/Poly Jersey
32 Single 145g 4.3oz 60% Combed Ring-Spun Cotton 40% Poly
Neck: Set in Collar 1X1 Baby Rib



**INK ON BACK (ERUPTION) IS REFLECTIVE**

**INK ON FRONT (FLAG) IS REFLECTIVE**

Available Size: S, M, L, XL

Turquoise

Black

Indigo

Legge Affidavit: 033

White

REFLECTIVE = SAFETY





**AAFES Cost: $14.11**

**MSRP: $29.95**

### Men's Crew 6210 (MS-CVCC) Bando

**Exchange Customer Cost: $**

**Self Fabric**: Combed Cotton/Poly Jersey
32 Single 145g 4.3oz 60% Combed Ring-Spun
Cotton 40% Poly
Neck: Set in Collar 1X1 Baby Rib

**INK ON BACK (ERUPTION) IS REFLECTIVE**

Available Size: S, M, L, XL

 Turquoise

Black

Indigo

Legge Affidavit: 034

 White

R E F L E C T I V E ▤ S A F E T Y

**INK ON FRONT (FLAG) IS REFLECTIVE**





**AAFES Cost: $14.11**

**MSRP: $29.95**

## Men's Crew 6210 (MS-CVCC) Wreath

**Exchange Customer Cost: $**

**Self Fabric**: Combed Cotton/Poly Jersey
32 Single 145g 4.3oz 60% Combed Ring-Spun Cotton 40% Poly
Neck: Set in Collar 1X1 Baby Rib



INK ON BACK (ERUPTION) IS REFLECTIVE

INK ON FRONT (FLAG) IS REFLECTIVE

Available Size: S, M, L, XL

Turquoise

Black

Indigo

White

Legge Affidavit: 035

REFLECTIVE = SAFETY



# Eruption Holdings, Inc. – 33330202



**AAFES Cost: $15.11**
**MSRP: $32.25**

**Men's CVC V-Neck 6240 (MS-CVCV)**
**Palms**

**Exchange Customer Cost: $**

**Self Fabric:** Combed Cotton/Poly Jersey
32 Single 145g 4.3oz 60% Combed Ring-Spun
Cotton 40% Poly
Neck: Set in Collar 1X1 Baby Rib

INK ON BACK (ERUPTION) IS
REFLECTIVE



INK ON FRONT (FLAG) IS
REFLECTIVE

Available Size: S, M, L, XL

Turquoise

Black

Banana Cream

Legge Affidavit: 036

Stone Gray

REFLECTIVE = SAFETY





**AAFES Cost: $14.78**
**MSRP: $31.50**

## Men's CVC V-Neck 6240 (MS-CVCV)
## Panther

**Exchange Customer
Cost: $**

**Self Fabric:** Combed Cotton/Poly Jersey
32 Single 145g 4.3oz 60% Combed Ring-Spun
Cotton 40% Poly
Neck: Set in Collar 1X1 Baby Rib



**INK ON BACK (ERUPTION) IS
REFLECTIVE**

Available Size: S, M, L, XL

Turquoise

Black

Banana Cream

Legge Affidavit: 037

Stone Gray



**INK ON FRONT (FLAG) IS
REFLECTIVE**

REFLECTIVE = SAFETY




**AAFES Cost: $14.12**

**MSRP: $29.95**


**Men's CVC Tank 6233 (MS-CVCT) Panther**

**Exchange Customer Cost: $**

**Self Fabric & Neck Binding:** Combed Cotton/Poly Jersey 32 Single 145g 4.3oz 60% Combed Ring-Spun Cotton 40% Poly



**INK ON BACK (ERUPTION) IS REFLECTIVE**

**REFLECTIVE = SAFETY**

Available Size: S, M, L, XL

 Ice Blue

Dark Heather Gray

Midnight Navy

Legge Affidavit: 038

 Charcoal

**INK ON FRONT (FLAG) IS REFLECTIVE**




**AAFES Cost: $14.12**
**MSRP: $29.95**

## Men's CVC Tank 6233 (MS-CVCT) Wreath

**Exchange Customer Cost: $**

**Self Fabric & Neck Binding:** Combed Cotton/Poly Jersey 32 Single 145g 4.3oz 60% Combed Ring-Spun Cotton 40% Poly



**INK ON BACK (ERUPTION) IS REFLECTIVE**

**INK ON FRONT (FLAG) IS REFLECTIVE**

Available Size: S, M, L, XL

 Ice Blue

Dark Heather Gray

 Midnight Navy

Legge Affidavit: 039

 Charcoal

**REFLECTIVE = SAFETY**





**AAFES Cost: $23.45**

**MSRP: $49.50**

## Henley Long Sleeve 3150 (MH-LS) Wreath

**Exchange Customer Cost: $**

**Features:** Side-seamed. Tonal four button placket.
**Fabrication:** 100% combed and ring-spun cotton, 30 single 4.2 oz. (Dark Grey Heather - 52% combed and ring-spun cotton 48% poly)



EMBROIDERED

INK ON BACK (ERUPTION) IS REFLECTIVE

Available Size: S, M, L, XL

White

Dark Grey Heather

Black

Navy

INK ON FRONT (FLAG) IS REFLECTIVE

REFLECTIVE = SAFETY

Legge Affidavit: 040



# Eruption Holdings, Inc. – 33330202

**AAFES Cost: $21.17**
**MSRP: $44.75**

## Henley Short Sleeve 3125 (MH-SS) Wreath

**Exchange Customer Cost: $**

**Features:** Side-seamed. Three button placket.
**Fabrication:** 50% poly, 25% combed and ring-spun cotton, 25% rayon, 40 single 3.8 oz.

**EMBROIDERED**

**INK ON BACK (ERUPTION) IS REFLECTIVE**

Available Size: S, M, L, XL

White Fleck Tri-blend

Charcoal Black Tri-blend

Gray Tri-blend

Navy Tri-blend

**INK ON FRONT (FLAG) IS REFLECTIVE**

Legge Affidavit: 041

REFLECTIVE = SAFETY



# Eruption Holdings, Inc. – 33330202

**AAFES Cost: $13.58**
**MSRP: $28.50**

## Snapback 6089M (HT-SB) Logo

**Exchange Customer Cost: $**



Contents: 80% Acrylic / 20% Wool *Camo colorway (60% Cotton / 40% Polyester) Additional Features: Classic shape. Premium wool blend. Matching plastic snap. Hard buckram. Classic green under visor.



Available Sizes:  OSFA

Black          Dark Grey          Dark Navy          Heather Grey

Legge Affidavit: 042



MADE IN THE
U. S. A.

# Eruption Holdings, Inc. – 33330202



MADE IN THE
U. S. A.

**AAFES Cost: $15.06**

**MSRP: $31.50**

## Wooly Combed Fitted 6277 (HT-WCF) Flex Fit - Wreath

**Exchange Customer Cost: $**



Contents: 63% Polyester / 34% Cotton / 3% Spandex
Additional Features: Athletic Shape. Hard buckram. Silver under visor. Look and feel of wool. 8 rows of stitching on visor.
Profile: mid – Crown: 3.5" high – Visor: Curved – Panels: 6



Available Size: Sizes:
S/M (6 3/4" - 7 1/4")
L/XL (7 1/8" - 7 5/8")







Black        Grey         Dark Grey    Navy

Legge Affidavit: 043

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| WEIHAI TEXTILE GROUP IMPORT & EXPORT CO., LTD., | ) ) ) | |
| *Petitioner,* | ) ) | Case No.: 2:21-MC-00147-SWS |
| v. | ) ) | |
| ERUPTION HOLDINGS, INC., | ) ) | |
| *Respondent.* | ) ) | |

## AFFIDAVIT OF JOHN LEGGE

# EXHIBIT 5

**From:** John Legge <john@eruptioninc.com>
**Sent:** Thursday, July 13, 2017 8:05 AM
**To:** 'gwen@eruptioninc.com'
**Subject:** FW: Eruption Clothing / NEX Partnership - 2017

**From:** Brejnik, Marybeth [mailto:Marybeth.Brejnik@NEXWEB.ORG]
**Sent:** Thursday, July 13, 2017 5:58 AM
**To:** Chris Miranda <clmiranda1990@gmail.com>
**Cc:** chrism@eruptioninc.com; John Legge <john@eruptioninc.com>
**Subject:** RE: Eruption Clothing / NEX Partnership - 2017

Hi Chris,

Thank you for sending!  I like the designs.  As a matter of fact, I have been on the hunt for something like this.
Can you please send me a price list?

Also, I was a bit surprised to see a slide representing GovX.  They are a retailer, so naturally a competitor of ours.  What
is the connection there?  What is the retail on GovX Eruption merchandise vs  elsewhere?  Same? Lower?

Looking forward to hearing from you so we can discuss further.

Best
MaryBeth


MaryBeth Brejnik

DMM – Navy Exchange
Men's Apparel, Accessories, Luggage and Navy Pride
757-631-3873
3280 Virginia Beach Blvd
Virginia Beach, VA 23452


**From:** Chris Miranda [mailto:clmiranda1990@gmail.com]
**Sent:** Thursday, July 13, 2017 8:25 AM
**To:** Brejnik, Marybeth
**Cc:** chrism@eruptioninc.com; John Legge; clmiranda1990
**Subject:** Re: Eruption Clothing / NEX Partnership - 2017

Good Morning MaryBeth,

I hope that you're having a great morning so far and thank you for your response.  I am attaching the
Eruption Men's clothing files (2 PDFs) for you to review when you get a chance.

Please let us know if you have any questions and we will ensure to get you answer immediately.

Have a great day and relaxing weekend!

Legge Affidavit: 045

| | |
|---|---|
| **From:** | Brejnik, Marybeth <Marybeth.Brejnik@NEXWEB.ORG> |
| **Sent:** | Tuesday, July 18, 2017 2:44 PM |
| **To:** | Chris Miranda |
| **Cc:** | chrism@eruptioninc.com; John Legge |
| **Subject:** | Re: Eruption Clothing / NEX Partnership - 2017 |

Chris,

Thanks for the clarification. We would likely pick up all designs given a workable price. We would potentially have an appetite for 4-6 new designs a month if possible and these are received well. Quantities starting out are probably, at a swag since I am sitting on an airplane as I type this (airplane mode on) would be about 300 units. If this does well ( and the price is good) it could go up much higher.

MaryBeth

MaryBeth Brejnik

DMM-Navy Exchange
Men's Apparel, Athletic, Men's, Women's and Kids Shoes,
Luggage and Navy Pride
757-631-3873
3280 Virginia Beach Blvd.
Virginia Beach, VA 23452

**From:** Chris Miranda
**Sent:** Sunday, July 16, 2017 5:59 PM
**To:** Brejnik, Marybeth
**Cc:** chrism@eruptioninc.com; John Legge
**Subject:** Re: Eruption Clothing / NEX Partnership - 2017

Good Morning MaryBeth,

I hope that you had a great weekend...

We are so very happy to hear that you liked our designs. We worked long and hard to create something unique for our military members to enjoy.

To answer your questions:
- The Armed Forces Designs are brand NEW and we haven't partnered with anyone yet for use of any of the designs that you see on our Armed Forces Look book.

- The GovX partnership is in the works but not solidified. We were working on creating a Co-Branding with GovX which was to include our Casual designs and not the NEW Armed Forces ones.
-- We can work with you on making the designs, that you like, an exclusive designs for the NEX.
-- The retail price has not been established with GovX since we have not solidified our partnership yet.

Questions for you:

Legge Affidavit: 046

01/25/2018

Dear John & Chris

So sorry for the delay...the past few months have been crazy and none stop!

Our entire team is new and the past few months have been quite a learning process for us.

I've looked at the shirts and love the quality!  The reflective logo on the sleeve and back of the neck is a great touch! My favorite tees are the US military strong with the boots and the American Guardian.

Do you have additional styles I could look at as well? I will bulk out an order mid spring so that they will be on the sales floor for RIMPAC in Hawaii!

Thank you for your service!  And I look forward to working with you!

v/r,
Blair Austria
Navy Exchange NEXCOM
Men's Apparel



US MILITARY
Strong



# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

WEIHAI TEXTILE GROUP IMPORT    )
EXPORT CO., LTD.,                  )
                                  )    Case No.: 2:21-MC-00147-SWS

       *Petitioner,*         )
                                  )

       v.                   )
                                  )

ERUPTION HOLDINGS, INC.,      )
                                  )

       *Respondent.*       )

---

## AFFIDAVIT OF JOHN LEGGE

---

# EXHIBIT 6

# PURCHASE ORDER
# NEXCOM

| | |
|---|---|
| Order #: | 0019647608 |
| Release #: | |
| PO Type: | Stand Alone 00 |
| Contract #: | |
| Purchasing Contact: | |
| Currency: | |

| PO Date: 03/21/2018 | Requested Delivery Date: |
|---|---|
| Requested Ship Date: | Cancel Date: 05/02/2018 |
| Delivery Window: | Shipping Window: 04/15/2018 - 05/02/2018 |
| Vendor #: 079202411 | Department #: 353 |

**Ship To:**
**Location ID:** 995
WC RETAIL DIST CTR
NEXCOM
4250 EUCALYPTUS AVE
CHINO , CA  917109704

**Bill To/Ordered By:**
**Location ID:** 995
NEXCOM WEST COAST
PO BOX 368150
SAN DIEGO , CA  921368150

Vendor:      Factory:

| Freight Terms: | Preferred Carrier: Website https://nextms.nexweb.org/ for ORDERS ROUTED/CONFIRMED. Email issues to NEX.Traffic.Management.Group@nexweb.org |
|---|---|

| Terms Type | Terms Basis: | Terms Disc %: 1.0 | Disc. Due Date: | Disc. Days: 10 | Net Due Date: | Net Days: 15 | Description: Terms 1% 10 Net 15 DATE OF INVOICE MUST NOT PRECEDE DATE OF SHIPMENT |
|---|---|---|---|---|---|---|---|

| LINE | SKU | VENDOR PN | UPC/GTIN | DESCRIPTION LINE ITEM COMMENTS | UNIT COST/ RETAIL PRICE | QTY | UOM | ITEM TOTAL |
|---|---|---|---|---|---|---|---|---|
| 1 | | MS-C-ADER-DG | 818692021865 | Product Description: ERUPTION AMERICAN DEFENDER GRAPHIC TEE-DARK GREY:021 GREY DAR:M Pack: 1 | Unit Price: 9.25 WE | 28.0 | EA | 259.00 |
| 2 | | MS-C-ADER-DG | 818692021872 | Product Description: ERUPTION AMERICAN DEFENDER GRAPHIC TEE-DARK GREY:021 GREY DAR:L Pack: 1 | Unit Price: 9.25 WE | 56.0 | EA | 518.00 |
| 3 | | MS-C-ADER-DG | 818692021889 | Product Description: ERUPTION AMERICAN DEFENDER GRAPHIC TEE-DARK GREY:021 GREY DAR:XL Pack: 1 | Unit Price: 9.25 WE | 56.0 | EA | 518.00 |
| 4 | | MS-C-ADER-DG | 818692021896 | Product Description: ERUPTION AMERICAN DEFENDER GRAPHIC TEE-DARK GREY:021 GREY DAR:XXL Pack: 1 | Unit Price: 9.25 WE | 28.0 | EA | 259.00 |
| 5 | | MS-C-MSC-BK | 818692021940 | Product Description: ERUPTION MILITARY STRONG CREST GRAPHIC TEE-BLACK:001 BLACK:M Pack: 1 | Unit Price: 9.25 WE | 28.0 | EA | 259.00 |
| 6 | | MS-C-MSC-BK | 818692021957 | Product Description: ERUPTION MILITARY STRONG CREST GRAPHIC TEE-BLACK:001 BLACK:L Pack: 1 | Unit Price: 9.25 WE | 56.0 | EA | 518.00 |
| 7 | | MS-C-MSC-BK | 818692021964 | Product Description: ERUPTION MILITARY STRONG CREST GRAPHIC TEE-BLACK:001 BLACK:XL Pack: 1 | Unit Price: 9.25 WE | 56.0 | EA | 518.00 |
| 8 | | MS-C-MSC-BK | 818692021971 | Product Description: ERUPTION MILITARY STRONG CREST GRAPHIC TEE-BLACK:001 BLACK:XXL Pack: 1 | Unit Price: 9.25 WE | 28.0 | EA | 259.00 |
| 9 | | MS-C-WAE-BK | 818692021612 | Product Description: ERUPTION WARRIOR APPROVED EAGLE GRAPHIC TEE-BLACK:001 BLACK:M Pack: 1 | Unit Price: 9.25 WE | 24.0 | EA | 222.00 |
| 10 | | MS-C-WAE-BK | 818692021629 | Product Description: ERUPTION WARRIOR APPROVED EAGLE GRAPHIC TEE-BLACK:001 BLACK:L Pack: 1 | Unit Price: 9.25 WE | 48.0 | EA | 444.00 |
| 11 | | MS-C-WAE-BK | 818692021636 | Product Description: ERUPTION WARRIOR APPROVED EAGLE GRAPHIC TEE-BLACK:001 BLACK:XL Pack: 1 | Unit Price: 9.25 WE | 48.0 | EA | 444.00 |
| 12 | | MS-C-WAE-BK | 818692021650 | Product Description: ERUPTION WARRIOR APPROVED EAGLE GRAPHIC TEE-BLACK:001 BLACK:XXL Pack: 1 | Unit Price: 9.25 WE | 24.0 | EA | 222.00 |
| 13 | | MS-C-SUS-DG | 818692021988 | Product Description: ERUPTION STRENGTH OF US GRAPHIC TEE-DARK GREY:021 GREY DARK:M Pack: 1 | Unit Price: 9.25 WE | 24.0 | EA | 222.00 |
| 14 | | MS-C-SUS-DG | 818692021995 | Product Description: ERUPTION STRENGTH OF US GRAPHIC TEE-DARK GREY:021 GREY DARK:L Pack: 1 | Unit Price: 9.25 WE | 48.0 | EA | 444.00 |
| 15 | | MS-C-SUS-DG | 818692022008 | Product Description: ERUPTION STRENGTH OF US GRAPHIC TEE-DARK GREY:021 GREY DARK:XL Pack: 1 | Unit Price: 9.25 WE | 48.0 | EA | 444.00 |
| 16 | | MS-C-SUS-DG | 818692022015 | Product Description: ERUPTION STRENGTH OF US GRAPHIC TEE-DARK GREY:021 GREY DARK:XXL Pack: 1 | Unit Price: 9.25 WE | 24.0 | EA | 222.00 |

Legge Affidavit: 052

NEXCOM: Purchase Order

| LINE | SKU | VENDOR PN | UPC/GTIN | DESCRIPTION LINE ITEM COMMENTS | UNIT COST/ RETAIL PRICE | QTY | UOM | ITEM TOTAL |
|------|-----|-----------|----------|-------------------------------|------------------------|-----|-----|------------|
| 16 | # of Line Items | | | Merchandise Total | | 624 | | 5,772.00 |

ALLOWANCE, CHARGES AND TAX INFORMATION:

| TYPE | SERVICE TYPE | PERCENT | RATE | QTY | UOM | DESCRIPTION | AMOUNT |
|------|-------------|---------|------|-----|-----|-------------|--------|
| | | | | | | | |

Notes/Comments/Special Instructions:

PO TERMS&COND at www.mynavyexchange.com/nex/doing-business-with-us/vendor-guide

| Total Qty: | Weight: | Volume: | Purchase Order Total | 5,772.00 |
|------------|---------|---------|---------------------|----------|

QTY
624 @ 9.25 = 5772.00

Legge Affidavit: 053

2/2

| | | |
|---|---|---|
| WEIHAI TEXTILE GROUP IMPORT &<br>EXPORT CO., LTD., | ) | |
| | ) | |
| | ) | Case No.: 2:21-MC-00147-SWS |
| *Petitioner,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ERUPTION HOLDINGS, INC., | ) | |
| | ) | |
| *Respondent.* | ) | |

## AFFIDAVIT OF JOHN LEGGE

# EXHIBIT 7



# INVOICE

**FEIMANN GROUP INC**

11135 Rush Street Suite U
S. El Monte, CA 91733
Tel: 626-758-1308
Fax: 626-408-8882

| | |
|---|---|
| **Invoice #** | FMG18025 |
| **Date** | 4/30/2018 |

**Bill To:**
ERUPTION HOLDINGS INC.
1603 CAPITOL AVE SUITE 314-957
CHEYENNE, WY 82001
TEL: 714-975-6909  FAX:
ATTN: JOHN LEGGE

**Ship To:**
NEXCOM WC RETAIL DISTRIBUTION CENTER
4250 EUCALYPTUS AVE.
CHINO, CA 91710
TEL:                    FAX:

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 28 | MS-C-ADER-DG / 818692021865<br>ERUPTION AMERICAN DEFENDER GRAPHIC TEE-DARK GREY M | $5.50 | $154.00 |
| 56 | MS-C-ADER-DG / 818692021872<br>ERUPTION AMERICAN DEFENDER GRAPHIC TEE-DARK GREY L | $5.50 | $308.00 |
| 56 | MS-C-ADER-DG / 818692021889<br>ERUPTION AMERICAN DEFENDER GRAPHIC TEE-DARK GREY XL | $5.50 | $308.00 |
| 28 | MS-C-ADER-DG / 818692021896<br>ERUPTION AMERICAN DEFENDER GRAPHIC TEE-DARK GREY XXL | $5.50 | $154.00 |
| 28 | MS-C-MSC-BK / 818692021940<br>ERUPTION  MILITARY STRONG CREST GRAPHIC TEE-BLACK M | $5.50 | $154.00 |
| 56 | MS-C-MSC-BK / 818692021957<br>ERUPTION  MILITARY STRONG CREST GRAPHIC TEE-BLACK L | $5.50 | $308.00 |
| 56 | MS-C-MSC-BK / 818692021964<br>ERUPTION  MILITARY STRONG CREST GRAPHIC TEE-BLACK XL | $5.50 | $308.00 |
| 28 | MS-C-MSC-BK / 818692021971<br>ERUPTION  MILITARY STRONG CREST GRAPHIC TEE-BLACK XXL | $5.50 | $154.00 |
| 48 | MS-C-WAE-BK / 818692021612<br>ERUPTION WARRIOR APPROVED EAGLE GRAPHIC TEE-BLACK M | $5.50 | $264.00 |
| 48 | MS-C-WAE-BK / 818692021629<br>ERUPTION WARRIOR APPROVED EAGLE GRAPHIC TEE-BLACK L | $5.50 | $264.00 |
| 24 | MS-C-WAE-BK / 818692021636<br>ERUPTION WARRIOR APPROVED EAGLE GRAPHIC TEE-BLACK XL | $5.50 | $132.00 |
| 24 | MS-C-SUS-DG / 818692021988<br>ERUPTION STRENGTH OF US GRAPHIC TEE-DARK GREY M | $5.50 | $132.00 |
| 48 | MS-C-SUS-DG / 818692021995<br>ERUPTION STRENGTH OF US GRAPHIC TEE-DARK GREY L | $5.50 | $264.00 |
| 48 | MS-C-SUS-DG / 818692022008<br>ERUPTION STRENGTH OF US GRAPHIC TEE-DARK GREY XL | $5.50 | $264.00 |
| 24 | MS-C-SUS-DG / 818692022015<br>ERUPTION STRENGTH OF US GRAPHIC TEE-DARK GREY XXL | $5.50 | $132.00 |
| 24 | MS-C-WAE-BK / 818692021605<br>ERUPTION WARRIOR APPROVED EAGLE GRAPHIC TEE-BLACK S | $5.50 | $132.00 |

*Remarks:*
**Payment Due Date: May 10, 2018**

624 @ 5.50 =

| | |
|---|---|
| **TOTAL DUE:** | $3,432.00 |
| Deposit: | $0.00 |
| Shipping & Handling: | $0.00 |
| **BALANCE:** | $3,432.00 ✓ |

5/14/18   $2500

Legge Affidavit: 055

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| WEIHAI TEXTILE GROUP IMPORT & EXPORT CO., LTD., | ) ) ) | |
| *Petitioner,* | ) ) | Case No.: 2:21-MC-00147-SWS |
| v. | ) ) | |
| ERUPTION HOLDINGS, INC., | ) ) | |
| *Respondent.* | ) ) | |

---

## AFFIDAVIT OF JOHN LEGGE

---

# EXHIBIT 8

CREDIT

| 0001476 | 11-24 |
|---------|-------|
| Office AU # | 1210(8) |

## CASHIER'S CHECK

SERIAL #:  0147601627

ACCOUNT#:  4861-511475

Remitter:    **JOHN LEGGE**
Purchaser:    **JOHN LEGGE**
Purchaser Account:    **1966519280**
Operator I.D.:    **u421526**
Funding Source:    **Paper Items(s)**

PAY TO THE ORDER OF    ***FEIMANN GROUP***

May 14, 2018

***Three thousand four hundred thirty-two dollars and no cents***

**\*\*$3,432.00\*\***

Payee Address:
Memo:    RE: NEX PO 19647608 INV FMG 18025

**WELLS FARGO BANK, N.A.**
3325 E CHAPMAN AVE
ORANGE, CA 92869
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $  3,432.00

**NON-NEGOTIABLE**

## Purchaser Copy

B004    M4203  70314912

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK.

VOID VOID VOID VOID VOID VOID VOID

| 0001476 | 11-24 |
|---------|-------|
| Office AU # | 1210(8) |

## CASHIER'S CHECK

0147601627

Remitter:    **JOHN LEGGE**
Operator I.D.:    **u421526**

PAY TO THE ORDER OF    ***FEIMANN GROUP***

May 14, 2018

***Three thousand four hundred thirty-two dollars and no cents***

**\*\*$3,432.00\*\***

Payee Address:
Memo:    RE: NEX PO 19647608 INV FMG 18025

**WELLS FARGO BANK, N.A.**
3325 E CHAPMAN AVE
ORANGE, CA 92869
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $  3,432.00

*Richard Levy*

CONTROLLER

Security Features Included.    Details on Back.

⑈0147601627⑈ ⑆121000248⑆ 4861 511475⑈

Legge Affidavit: 057

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

WEIHAI TEXTILE GROUP IMPORT     )
EXPORT CO., LTD.,     )
    )    Case No.: 2:21-MC-00147-SWS
    *Petitioner,*    )
    )
    v.    )
    )
ERUPTION HOLDINGS, INC.,     )
    )
    *Respondent.*    )

## AFFIDAVIT OF JOHN LEGGE

# EXHIBIT 9

**JOHN LEGGE**  

## A customized summary of your visit

**November 25, 2019**

*Convenient access when you need it:*

- *More than 13,000 ATMs*
- *More than 5,500 branches*
- *Wells Fargo Online®*
  *wellsfargo.com*

You can make an appointment to meet with a banker at wellsfargo.com/appointments

You can also talk to a banker at 1-800-869-3557 24 hours a day, 7 days a week

***Thank you for being our customer***

### Additional products and services you selected today that require your follow up

**Close Checking/Savings Account - 8953**

At your request, your account has been closed. If you had any non-Wells Fargo automatic payments, or transfers tied to this account, please contact each individual payee to make new arrangements. You will have 90 days to retrieve historical online documents. If you have any questions, please contact us at 1-800-225-5935.

**Banker:** ANTHONY MIRANDA
**Phone:** 714/289-6140
**Banker Email:** anthony.s.miranda@wellsfargo.com
**Manager:** ASMA CHAUDHRY
**Phone:** 714/289-6140
**Manager Email:** asma.h.chaudhry@wellsfargo.com
**Bank Name:** CHAPMAN & JAMBOREE
**Street:** 8540 E CHAPMAN AVE
**City:** ORANGE
**State:** CA          **ZIP/Postal Code:** 92869

Investment and Insurance Products are:

- **Not Insured by the FDIC or any Federal Government Agency**
- **Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate**
- **Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested**

Brokerage products and services are offered through Wells Fargo Advisors. Wells Fargo Advisors is a trade name of Wells Fargo Clearing Services, LLC, Member SIPC, a registered broker-dealer and separate non-bank affiliate of Wells Fargo & Company.

Bankers may refer customers to Wells Fargo Advisors for brokerage services and may be compensated for such referrals.

Wells Fargo Advisors offers insurance products through an affiliated nonbank insurance agency (CA license #26-0070024).

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.
Credit products offered by Wells Fargo Bank, N.A.

© 2018 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801



Together we'll go far

Legge Affidavit: 059

| | | |
|---|---|---|
| WEIHAI TEXTILE GROUP IMPORT & EXPORT CO., LTD., | ) ) ) | |
| Petitioner, | ) ) | Case No.: 2:21-MC-00147-SWS |
| v. | ) ) | |
| ERUPTION HOLDINGS, INC., | ) ) | |
| Respondent. | ) ) | |

**AFFIDAVIT OF JOHN LEGGE**

# EXHIBIT 10

# WELLS FARGO

## Deposit Details

### Deposit to Eruption Corp Ck ...8953

| | |
|---|---|
| **Deposit Date** | 08/29/18 |
| **Description** | eDeposit in Branch/Store 08/29/18 12:54:27 PM 3603 PECK RD EL MONTE CA 010064 |
| **Amount** | $350.00 |
| **Status** | Posted 08/29/18 |

*From Feimann, Francis Liang*

## Deposit Summary

| Category | Amount |
|---|---|
| Checks (1 item) | $350.00 |
| Total | $350.00 |

## Deposited Items

## Checks

| Item # | Bank | Account # | Check # | Amount |
|---|---|---|---|---|
| 1 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | ...5917 | Not available | $350.00 |
| Total Checks | | | | $350.00 |

*Feimann Group, Inc.*      217175917

# Wire Transfer Services
Outgoing Wire Transfer Request



**WELLS FARGO**

| | |
|---|---|
| Today's Date:<br>08/29/2018 | Wells Fargo Reference Number:<br>FW0043444241086072 |
| Banker Name:<br>TAREK CHANNAOUI | Officer/Portfolio Number:<br>C9273 |

| Banker Phone:<br>714/289-6140 | Branch Number:<br>05515 | Banker AU:<br>0043444 | Banker MAC:<br>E2751-011 |
|---|---|---|---|

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC"), Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

## Originator's Information

| | | | |
|---|---|---|---|
| Originator Name:<br>JOHN LEGGE | | Street Address:<br>1603 CAPITOL AVE STE 314-957 | |
| Primary ID Type:<br>PINV | Primary ID Description:<br>PIN Validation | Address Line 2: | |
| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Address Line 3: |
| Secondary ID Type:<br>DLIC | Secondary ID Description:<br>N0237733 | City:<br>CHEYENNE | State:<br>WY |
| Secondary ID State/Country:<br>CA | Secondary ID Issue Date:<br>11/29/2017 | Secondary ID Expiration Date:<br>12/28/2022 | ZIP/Postal Code:<br>82001-4569 | Country:<br>US |
| Account Name:<br>ERUPTION HOLDINGS INC | | Home Phone: | Business Phone:<br>307/222-8069 |

## Wire Amount and Source of Funds

| Create AU:<br>0043444 | Debit Wells Fargo Account:<br>9190508953 | Bank/COID:<br>00114 | Amount (US Dollars):<br>$300.00 |
|---|---|---|---|

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| | |
|---|---|
| Beneficiary/Recipient Name:<br>WEIHAI TEXTILE GROUP | Name/Address Line 1:<br>NO 16 SCHICHANGDA ROAD |
| Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico):<br>15560114040000433 | Name/Address Line 2: |
| Purpose of Funds: | Name/Address Line 3:<br>WEIHAI, CN |
| | Beneficiary Phone Number: |
| Additional Instructions: | |



Customer Copy

WTR6603 (5-18 SVP)

Legge Affidavit: 062

*From Frances Liang #360.00   #360.00*

美元汇款及开证路线：

公司名称： 威海纺织集团进出口有限责任公司

BENEFICIARY NAME: WEIHAI TEXTILE GROUP  IMPORT & EXPORT  CO., LTD.

公司地址： 山东省威海市世昌大道 16 号

BENEFICIARY ADD: NO.16,SHICHANGDA ROAD, WEIHAI, CHINA

美元账号：

A/C NO: 15560114040000433

开户银行： 中国农业银行山东分行

BENEFICIARY BANK: AGRICULTURAL BANK OF CHINA, SHANDONG BRANCH

开证行地址： 山东省威海市新威路 54 号

BANK ADD: NO.54 XINWEI ROAD WEIHAI CHINA

TEL: 0086-631-5222371

FAX: 0086-631-5222371

SWIFT BIC: ABOCCNBJ150

INTERMEDIARY BANK FOR USD： JPMORGAN CHASE BANK, N.A. NEW YORK

SWIFT BIC: CHASUS33

Legge Affidavit: 063

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

WEIHAI TEXTILE GROUP IMPORT      )
EXPORT CO., LTD.,      )
     )    Case No.: 2:21-MC-00147-SWS
         *Petitioner,*      )
     )
       v.      )
     )
ERUPTION HOLDINGS, INC.,      )
     )
         *Respondent.*      )

---

## AFFIDAVIT OF JOHN LEGGE

---

# EXHIBIT 11



# America Strong™

January 03, 2020

RE: Weihai Textile Group Import & Export Co., Ltd.

FILE NO: EC201904507

AMOUNT CLAIMED: $577,237.10

We are investigating this matter on behalf of China Export & Credit Insurance Corporation (Sinosure) for its insured Weihai Textile Group Import & Export Co., Ltd. After you have reviewed the provided commercial document package related to this matter, please complete the following questionnaire (if additional space is needed, please add additional pages):

Name of Your Company: ERUPTION HOLDINGS INC

Name of Person Providing Information: JOHN LEGGE

Position with company: DIRECTOR

1.     Has your company ever done any business with, or directed any payment to Weihai Textile Group Import & Export Co., Ltd.?  Please explain:

I WAS ASKED TO HELP OUT Mr. Francis Liang, if I would send money to Weihai Textile Group, It would help Him.. "See Docs."

2.     Do you recognize the authenticity of any signature or stamp on the documents supplied in the commercial document package?  Please explain:
NO "FRAUD"

3.     Are the bills of lading or airway bills supplied in the commercial document package authentic?  If not, please explain why you believe these bills of lading or airway bills are not authentic:

I DON'T KNOW

4.     Are the invoices supplied in the commercial document package authentic?  If not, please explain why you believe these invoices are not authentic:

I DON'T KNOW

5. Are the purchase orders supplied in the commercial document package authentic? If not, please explain why you believe these purchase orders are not authentic:

I DON'T KNOW

6. Did your company, or any affiliate or related third party, receive the goods referenced in the commercial document package? Please explain:

I DON'T KNOW

7. Has your company paid any amount to Weihai Textile Group Import & Export Co., Ltd. in regard to the goods referenced in the commercial document package? If yes, please attach and provide evidence of such payment(s).

NO

8. Please provide us with a statement summarizing your position on the foregoing issues.

THIS IS FRAUD ALL OF THE SIGNATURES ARE FRADULENT

_____
Signature

Signed and Sworn to before me this

_____ day of _____, 2019.     See attachment

_____
Notary Public

Very Respectfully,
John Legge
Eruption Holdings Inc.
john@EruptionInc.com
www.EruptionInc.com

 **WELLS FARGO**

# All-purpose Acknowledgment  California only

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _____ Orange

On _1/3/2020_ before me, _Shelly A Ochwat, notary public_ (here insert name and title of the officer),

personally appeared _John Legge_

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

> SHELLY A. OCHWAT
> COMM. #2208276
> NOTARY PUBLIC - CALIFORNIA
> ORANGE COUNTY
> My Commission Expires 07/31/2021
> CSP1        CSP1

Notary Seal

WITNESS my hand and official seal.

Signature _____

**For Bank Purposes Only**

Description of Attached Document

Type or Title of Document _Weihai Textile Group Import & export Co ltd_

Document Date _January 3, 2020_    Number of Pages _2_

Signer(s) Other Than Named Above _none_



Legge Affidavit: 067

# WELLS FARGO

## Deposit Details

### Deposit to Eruption Corp Ck ...8953

| | |
|---|---|
| **Deposit Date** | 08/29/18 |
| **Description** | eDeposit in Branch/Store 08/29/18 12:54:27 PM 3603 PECK RD EL MONTE CA  010064 |
| **Amount** | $350.00 |
| **Status** | Posted  08/29/18 |

*From Feimann, Francis Liang*

## Deposit Summary

| Category | Amount |
|---|---|
| Checks   (1 item) | $350.00 |
| Total | $350.00 |

## Deposited Items

### Checks

| Item # | Bank | Account # | Check # | Amount |
|---|---|---|---|---|
| 1 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | ...5917 | Not available | $350.00 |
| Total Checks | | | | $350.00 |

*Feimann Group, Inc.*

*217175917*

美元汇款及开证路线：

From Francis Liang #350.00 #360.00

司名称：　　威海纺织集团进出口有限责任公司

BENEFICIARY NAME: WEIHAI TEXTILE GROUP   IMPORT & EXPORT   CO., LTD.

公司地址：　　山东省威海市世昌大道 16 号

BENEFICIARY ADD:　NO.16,SHICHANGDA ROAD, WEIHAI, CHINA

美元帐号：

A/C NO:　　1556011404000433

开户银行：　　中国农业银行山东分行

BENEFICIARY BANK:　　AGRICULTURAL BANK OF CHINA,   SHANDONG BRANCH

开证行地址：　　山东省威海市新威路 54 号

BANK ADD:　　NO.54 XINWEI ROAD WEIHAI CHINA

TEL:　　0086-631-5222371

FAX:　　0086-631-5222371

SWIFT BIC:　　ABOCCNBJ150

INTERMEDIARY BANK FOR USD :　　JPMORGAN CHASE BANK, N.A. NEW YORK

SWIFT BIC:　　CHASUS33

Legge Affidavit: 069

# Wire Transfer Services
## Outgoing Wire Transfer Request



WELLS FARGO

| | |
|---|---|
| Today's Date: | Wells Fargo Reference Number: |
| 08/29/2018 | FW0043444241086072 |
| Banker Name: | Officer/Portfolio Number: |
| TAREK CHANNAOUI | C9273 |

| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 714/289-6140 | 05515 | 0043444 | E2751-011 |

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC"), Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

## Originator's Information

| Originator Name: | Street Address: | |
|---|---|---|
| JOHN LEGGE | 1603 CAPITOL AVE STE 314-957 | |
| **Primary ID Type:** PINV **Primary ID Description:** PIN Validation | Address Line 2: | |
| **Primary ID St/Ctry/Prov:** **Primary ID Issue Date:** **Primary ID Expiration Date:** | Address Line 3: | |
| **Secondary ID Type:** DLIC **Secondary ID Description:** N0237733 | City: CHEYENNE | State: WY |
| **Secondary ID State/Country:** CA **Secondary ID Issue Date:** 11/29/2017 **Secondary ID Expiration Date:** 12/28/2022 | ZIP/Postal Code: 82001-4569 | Country: US |
| Account Name: ERUPTION HOLDINGS INC | Home Phone: | Business Phone: 307/222-8069 |

## Wire Amount and Source of Funds

| Create AU: | Debit Wells Fargo Account: | Bank/COID: | Amount (US Dollars): |
|---|---|---|---|
| 0043444 | 9190508953 | 00114 | $300.00 |

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| Beneficiary/Recipient Name: | Name/Address Line 1: |
|---|---|
| WEIHAI TEXTILE GROUP | NO 16 SCHICHANGDA ROAD |
| Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico): | Name/Address Line 2: |
| 15560114040000433 | |
| Purpose of Funds: | Name/Address Line 3: |
| | WEIHAI, CN |
| | Beneficiary Phone Number: |
| Additional Instructions: | |



Customer Copy

Page 1 of 4

WTR6603 (5-18 SVP)

Legge Affidavit: 070

| | | |
|---|---|---|
| WEIHAI TEXTILE GROUP IMPORT & EXPORT CO., LTD., | ) ) ) | |
| *Petitioner,* | ) ) | Case No.: 2:21-MC-00147-SWS |
| v. | ) ) | |
| ERUPTION HOLDINGS, INC., | ) ) | |
| *Respondent.* | ) ) | |

## AFFIDAVIT OF JOHN LEGGE

# EXHIBIT 12




## America Strong™

December 12, 2018

Weihai Textile Group Import and Export Co., Ltd.
No. 16 Shichang Avenue, Weihai, China 264200

**Re: Letter of Authorization to Act on Behalf of Eruption Holdings, Inc.**

To Whom It May Concern,

I John Legge, hereby give authorization to Mr. Francis Liang, to act on my behalf, representing Eruption Holdings, Inc., in dealing of Apparel Business with China. This Authorization letter also authorizes Feimann Group, Inc., a California registered corporation to act as the handling agent for Eruption Holdings, Inc. in regard to all logistics, warehousing and payment matters.

Sincerely,

    ← Fraudulent Signature

John Legge/President
Eruption Holdings, Inc.
1603 Capitol Ave., Suite 314-957
Cheyenne, WY 82001

EruptionInc.com

USArmedForces.us

West Coast Distribution Center: 11135 E. Rush Street, Suite# U, South El Monte, CA 91733/Tel: 626-758-1308

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| WEIHAI TEXTILE GROUP IMPORT & EXPORT CO., LTD., | ) ) | |
| | ) | Case No.: 2:21-MC-00147-SWS |
| *Petitioner,* | ) ) | |
| v. | ) ) | |
| ERUPTION HOLDINGS, INC., | ) ) | |
| *Respondent.* | ) ) | |

**AFFIDAVIT OF JOHN LEGGE**

# EXHIBIT 13



**FEDERAL TRADE COMMISSION**

# Consumer Report to the FTC

FTC Report Number:

107575736

**The FTC cannot resolve individual complaints, but we can provide information about what next steps to take.** We share your report with local, state, federal, and foreign law enforcement partners. Your report might be used to investigate cases in a legal proceeding. Please read our Privacy Policy to learn how we protect your personal information, and when we share it outside the FTC.

## About You

**Name:** John Legge

**Address:** 1603 Capitol Ave, #314-957

**City:** Cheyene  **State:** WY  **Zip:** 82001

**Country:** USA

**Email:** john@eruptioninc.com

**Phone:** 307-222-8069

## What Happened

Francis Liang, the Feimann Group Inc, is the party that perpetrated the fraud. On May 14, 2019, I receive by email a notice that this firm (Brown & Joseph, LLC) has been retained by China Export & Credit Insurance Corporation (Sinosure) on behalf of their policy holder Weihai Textile Group Import & Export. Your failure to cooperate may result in future import and credit implications of goods from the Peoples Republic of China. With that being said, please review the attachments and acknowledge the invoices and amount owed of $577,237.10 for verification purposes. In addition, I will anticipate your payment in full via wire directly to our firms trust account. The wiring instructions are listed below. Please email me with the wire confirmation number and upon receipt I will confirm closure of this case. Bank Name: First Midwest Bank Bank Address: 8750 W. Bryn Mawr Avenue, Suite 1300. Chicago, IL 60631 Name on Bank Account: Brown & Joseph, LLC Bank Account Number: 8100604977 Routing Number (ABA): 071901604 Swift Code: FMIDUS44 There were several documents signed not by me for a line of credit.

## How It Started

| Date fraud began: | Amount I was asked for: | Amount I paid: |
|---|---|---|
| 7/25/2018 | 300.00 | 300.00 |
| Payment Used: | | How I was contacted: |
| Bank Transfer Other | | In Person |

## Who Is Your Complaint About

Legge Affidavit: 074

05/23/2019, 1:20 PM

**Company/Individual 1**

| | |
|---|---|
| Name: Feimann Group Inc | |
| Address: 11135 E Rush Street, #U | Apt/PO Box: |
| City: South El Monte    State: CA | Zip: 91733 |
| Email Address: frabcisyl88@gmail.com | |
| Phone: 626-297-8689 | |
| Website: | |
| Representative: Francis Liang | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

WEIHAI TEXTILE GROUP IMPORT      )
EXPORT CO., LTD.,                 )

                                )    Case No.: 2:21-MC-00147-SWS

         *Petitioner,*       )

                                )

     v.                      )

                                )

ERUPTION HOLDINGS, INC.,          )

                                )

         *Respondent.*     )

---

## AFFIDAVIT OF JOHN LEGGE

---

# EXHIBIT 14

# ORANGE POLICE DEPARTMENT

## REPORT INFORMATION



RETAIN THIS INFORMATION

FOR FUTURE CONTACT

CONCERNING THIS INCIDENT

jhunt@orangepd.org

**EMERGENCY: 911**

Orange Police Department

1107 N. Batavia Street

Orange, CA 92867

Phone: (714) 744-7444

Fax: (714) 744-7320

Reporting Officer: J. HUNT #1536

Report No. 21-07-0704

Date: 7/20/21        Time: 1613

Crime Type: PC 470

*John Legge*

Legge Affidavit: 077

Francis Liang



## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| WEIHAI TEXTILE GROUP IMPORT & EXPORT CO., LTD., | ) ) ) | Case No.: 2:21-MC-00147-SWS |
| Petitioner, | ) ) | |
| v. | ) ) | |
| ERUPTION HOLDINGS, INC., | ) ) | |
| Respondent. | ) ) | |

## AFFIDAVIT OF JOHN LEGGE

# EXHIBIT 15

# Wendy Carlson
## Expert Document Examiner
www.AmericasHandwritingExpert.com
americashandwritingexpert@gmail.com

Questioned Document Examiner Letter of Opinion

July 30, 2021

Subject: John Legge

I have been asked to examine and compare a questioned John Legge signature on one (1) document labeled herein as QDE Exhibit "Q1" to six (6) documents bearing multiple purported known John Legge signatures, herein labeled "K1" through "K6", to determine if the author of the John Legge signatures on the purported known documents was the same person who signed the John Legge signature beneath "Sincerely," on the questioned document: December 12, 2018 letter to Wehai Textile Group Import and Export Co., purportedly signed by John Legge.

The scientific methodology used in this examination consists of the "ACE" method, which stands for "Analyze, Compare and Evaluate," the same method reportedly used by the FBI and the U.S. Treasury Department, in their questioned document laboratories, and suggested by the standards and guidelines recommended by the Scientific Working Group for Document Examiners.

The breakdown of these steps includes analyzing ("A") the purported known specimens to determine stroke and signature formation, variation and other factors unique to this author. A comparison ("C") is then done to the questioned signature or handwriting to determine if the unique attributes found in the purported known signatures or handwriting are found in the questioned signature or handwriting. At that time an evaluation ("E") of the findings is done in order to determine the weight of the findings and form an opinion.

The specimens submitted as copies of purported known John Legge signatures on the "K" documents were first compared one to the others to verify authorship and to determine the natural variation in the regular normal design of John Legge's signature.

After verifying the purported known signatures, a meticulous examination and comparison of the purported known John Legge signatures to the questioned John Legge signature was conducted to determine similarities, differences and/or disguise using the one or more of the following: unaided eye, microscope, handheld magnifying loupes, photocopy enlargements, electronic enlargements, grids, light box, metric ruler, compass, calipers.

The basis of handwriting identification is that writing habits are not instinctive or hereditary, but are complex processes that are developed gradually through habit, and that handwriting is unique to each individual. The basic axiom is that no one person writes exactly the same way twice and no two people write exactly the same.

Handwriting is formed by repeated habits of writing by the author, which are created by neural pathways established in the brain. These neural pathways control muscular and nerve

Legge Affidavit: 080

movement for writing whether the writing is executed by hand, foot, or mouth. Therefore, handwriting is not simply "hand" writing but "brain" writing.

For reference purposes, Professor Sargur Srihari of University at Buffalo, State University of New York, completed a study in 2001 on the individuality of handwriting, using handwriting of 1500 individuals, revealed that using computer software they were able to establish with a 98% confidence that the writer can be identified. Taking the results over the entire population, they were able to validate handwriting individuality with a 96% confidence. By considering finer features, Professor Srihari opined that they should be able to validate handwriting individuality with a near 100% confidence.

Another study funded by the Federal Bureau of Investigation and executed by the Data Fusion Laboratory at the Department of Electrical and Computer Engineering of Drexel University in 1996, Dr. Moshe Kam indicates that professional document examiners had only a 6.5% error rate compared to an error rate of 38.3% for nonprofessionals.

My hypothesis was formed without bias as to authorship of the questioned document. My examination revealed significant dissimilarities in the questioned John Legge signature when compared to the purported known signatures of John Legge.

All tests were done with accepted scientific methodology, techniques, and scientific instruments, which helped to confirm authorship of the questioned signature.

Based on my scientific examination of the documents submitted and significant lack of agreement of the unique, identifiable handwriting characteristics and the measurable distinctions in the questioned signatures including but not limited to letter formation, signature formation, stops and starts, line quality, layout, height ratios, beginning strokes, connecting strokes and ending strokes, it is my professional expert opinion that I have eliminated the person who signed the purported known signatures as the author of the questioned John Legge signature.

"Elimination" is the highest level of certainty on the scale of certitude used by professional document examiners and suggested by the Scientific Working Group for Forensic Document Examination. See *SWGDOC Standard Terminology for Expressing Conclusions of Forensic Document Examiners*, attached as "Exhibit 2".

I reserve the right to amend my opinion upon examination of the original and/or additional documents, signatures. If the copies I examined are accurate representations of the originals, my opinion will not change.

Respectfully submitted,

Wendy Carlson

*(Notary on next page)*

State of Texas          )
                        )
County of Rockwall      )

      On this ⎽2⎽ day of ~~July~~ August in the year 2021, before me, the undersigned, personally appeared Wendy Carlson, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the above Questioned Document Examiner Letter regarding John Legge and acknowledged to me that she executed the same in her capacity and the statements herein are true to the best of her training, skill, experience and knowledge.

Notary Public

REBECCA LYNN WOODARD
Notary ID #131651014
My Commission Expires
July 23, 2022



## · America Strong™ ·

EB14

December 12, 2018

Weihai Textile Group Import and Export Co., Ltd.
No. 16 Shichang Avenue, Weihai, China 264200

**Re: Letter of Authorization to Act on Behalf of Eruption Holdings, Inc.**

To Whom It May Concern,

I John Legge, hereby give authorization to Mr. Francis Liang, to act on my behalf,
representing Eruption Holdings, Inc., in dealing of Apparel Business with China. This
Authorization letter also authorizes Feimann Group, Inc., a California registered corporation
to act as the handling agent for Eruption Holdings, Inc. in regard to all logistics, warehousing
and payment matters.

Sincerely,



← Fraudulent Signature
& letter

John Legge/President
Eruption Holdings, Inc.
1603 Capitol Ave., Suite 314-957
Cheyenne, WY 82001

QDE EXHIBIT

**Q1**

EruptionInc.com

USArmedForces.us

West Coast Distribution Center: 11135 E. Rush Street, Suite# U, South El Monte, CA 91733/Tel: 626-758-1308

K-

Billing Contact Information*

| Company Billing Address: | Billing Contact |
|---|---|
| 1603 Capitol Ave. Suite 314-957 | Name: John Legge |
| Cheyenne, WY 82001 | Phone: 714-742-0544 |
| | Email: john@eruptioninc.com |

*Note to Customers: If non-electronic check payments are made a $15.00 USD non-electronic payment fee will apply.

**CUSTOMER ("Customer") INFORMATION**       **Customer Acceptance of Scope and Proposal:**

Company Name*:   Eruption Holdings Inc

Signature: _John Legge_

Address*:   1603 Capitol Ave. Suite 314-957
Cheyenne WY 82001

Printed:   John Legge

Phone Number*:   714-742-0544
*REQUIRED

Title:   President, CEO

Date* (mm/dd/yyyy): _____10/12/2017_____

*Customer to complete when signing. If signed electronically, the date listed in the electronic signature shall be the Date of the Scope.



QDE EXHIBIT

KI



SPS COMMERCE

Legge Affidavit: 084


**SECURE**
FILING CORP.

---

## PART IV - ACCOUNT INFORMATION (To be completed by filers and filing agents only)

Person to receive SEC Account Information
and Billing Invoices

John Legge

Telephone Number (Include Area and, if
Foreign, Country Code)

(714) 975-6909

Mailing Address or Post Office Box No. (if different from applicant's mailing address)
City                              State or Country                              Zip

---

## PART V - SIGNATURE (To be Completed by all Applicants)

Signature: *John Legge*

Position or Title: President, CEO

Type or Print Name: John Legge

Date: 02/21/2017

---

Intentional misstatements or omissions of facts constitute federal criminal violations.
*See* 18 U.S.C. 1001.

Notes:

MARICELA RIVERA
COMM. #2036453
NOTARY PUBLIC - CALIFORNIA
ORANGE COUNTY
My Commission Expires 08/10/2017

QDE EXHIBIT

**K2**

Legge Affidavit: 085

# Army & Air Force Exchange Service (The Exchange)
## Business Terms Agreement

**Supplier Name & Address:**
ERUPTION HOLDINGS INC
1603 CAPITOL AVE___STE 314-957___
CHEYENNE___ WY 82001

**Agreement Dates:**
This agreement becomes effective on __02 Dec 2016__ and will remain effective until a future agreement is executed.

The terms negotiated will be deducted from the Exchange systems. Claims can be viewed online at https://partners.aafes.com/EPOL/Login.aspx.

**Supplier Contact Information:**
Name:  Chris Miranda

Phone Number: ~~719-466-1402~~ 719-466-1401

**Cash Terms:** Net 30

Email: chrism@eruptioninc.com

**Duns Number:** 079202411     **PO Minimum:**

**Federal Tax ID:** 81-1369368     **Lead Time:** 2 days

Provide in store service?  ☐ Yes   ☑ No
If yes, complete Service Level Agreement (SLA).

| How Paid ✓ | | When Paid ✓ | | | |
|---|---|---|---|---|---|
| Credit Memo | Check | Monthly | Qrtrly | Semi Annual | Annual |
| ☐ | ☒ | ☒ | ☐ | ☐ | ☐ |

**General Remarks:**
Defective or Damage merchandise please email aafes-rm@eruptioninc.com for a RMA number.

| Allowance Type | % | Dollar Amount |
|---|---|---|
| Co-op Advertising | | |
| Volume Rebate | | |
| Volume Growth Rebate (if offered please provide details in "Other" section.) | | |
| Market Development Fund (MDF) | | |
| Fixture Purchase | | |
| Signs | | |
| Air Freight Allowance | | |
| Distribution Allowance | | |
| Return Defective Allowance | | |
| General Accrual | | |

**Other:**

**FOB Terms for Domestic Suppliers:** ☐ Destination ☐ Origin

For International Shipments:     ☑ Vendor Drop Ship (e-Comm)

**Incoterms:**

FOB Origin [ ]  (OR) FOB DESTINATION [ ]

Click for Incoterms Definitions:

Preferred Shipping Port: [ ]  If Other Specify:

Importer of Record responsible for Customs clearance and duties:
☐ Exchange   ☐ Supplier

All Shipping Points with address for each: (provide shipping point address info. on a separate page if needed)

DEERFIELD BEACH, FL 33441-33443

**RETURN POLICY - Vendor Must Check Options Below:**

☐ **Option 1 - Defective/Returned Merchandise Allowance:** Vendor will allow the defective and returned merchandise allowance as listed in this document as shown in the allowances section above. The percentage must be adequate to cover processing costs.
  ☐ Exchange facility may dispose/donate of returned merchandise through salvage outlets.
  ☐ Exchange facility must destroy returned merchandise.
  ☐ Returned merchandise will be sent from the Exchange facility to the vendor. If vendor requests the returned merchandise be sent to them, they will be charged cost plus a 10% handling charge and return freight charges billed to vendor.

☐ **Option 2 - Defective/Returned Merchandise: Return Merchandise to Vendor:** Defective/Returned merchandise will be sent from the Exchange facility to vendor. If vendor requests the returned merchandise be sent to them, they will be charged cost plus a 10% handling charge and the merchandise will be shipped with return freight charges billed back to vendor. Permanent Return Authorization Number _____ required for shipment. If automatic return is not possible, an 800 number or e-mail address must be provided to secure Return Authorization over the phone.

☐ **Option 3 - Direct Store Delivery (DSD) Supplier:** Damaged/Defective merchandise is replaced by supplier with new merchandise.

☑ **Option 4 - Special Instructions:** See General Remarks

Return Phone Number: 954-573-7348   Return Toll Free #:

Return Email: aafes-rm@eruptioninc.com

**FOR INTERNAL USE**
**Supplier Procurement and Payment Codes:**

33330202-procurement
33330201-payment

**Contracting Officer/Buyer Information:**

Name:
Tracey Caple/ LaCresha Turner

**Please Check:**

Retail _____   eCommerce ✓   Both _____

Department(s): 031- 470     MMC: _____

Department(s): 031-     COC: XF

Department(s): 031-

Shipment and delivery constitutes acceptance of Exchange Purchase Order Terms and Conditions (A095211) and Supplier R
http://www.aafes.com/Images/doingbusiness/supply.pdf and http://www.aafes.com/Images/doingbusiness/termsconreta

**Supplier Sign & Date:**

*John Legge*

Supplier Signature     12/02/2016
                        Date

Print Name  John Legge

**Contracting Officer/Buyer Sign & Date:**

Contracting Officer/Buyer Signature     Date

Print Name _____

EXCHANGE FORM 4350-003 (REV OCT 15) (Prev Editions Obsolete)

Page 1 of 1

QDE EXHIBIT

K3

5.    Are the purchase orders supplied in the commercial document package authentic?  If not, please explain why you believe these purchase orders are not authentic:

I DON'T KNOW

6.    Did your company, or any affiliate or related third party, receive the goods referenced in the commercial document package?  Please explain:

I DON'T KNOW

7.    Has your company paid any amount to Weihai Textile Group Import & Export Co., Ltd. in regard to the goods referenced in the commercial document package?  If yes, please attach and provide evidence of such payment(s).

NO

8.    Please provide us with a statement summarizing your position on the foregoing issues.

THIS IS FRAUD ALL OF THE SIGNATURES ARE FRADULENT

_____
Signature

Signed and Sworn to before me this

_____ day of _____, 2019.      *See attachment*

_____
Notary Public

Very Respectfully,
John Legge
Eruption Holdings Inc.
john@EruptionInc.com
www.EruptionInc.com

QDE EXHIBIT

KH

# From the Desk of John Legge

**July 28, 2021**

*John Legge*

*John Legge*

*John Legge*

*John Legge*

*John Legge*

*John Legge*

*John Legge*

*John Legge*

*John Legge*

*John Legge*

QDE EXHIBIT

K5

Legge Affidavit: 088



## America Strong™

January 03, 2020

RE: Weihai Textile Group Import & Export Co., Ltd.

FILE NO: EC201904507

AMOUNT CLAIMED: $577,237.10

We are investigating this matter on behalf of China Export & Credit Insurance Corporation (Sinosure) for its insured Weihai Textile Group Import & Export Co., Ltd. After you have reviewed the provided commercial document package related to this matter, please complete the following questionnaire (if additional space is needed, please add additional pages):

Name of Your Company: ERUPTION HOLDINGS INC

Name of Person Providing Information: JOHN LEGGE

Position with company: DIRECTOR

1.      Has your company ever done any business with, or directed any payment to Weihai Textile Group Import & Export Co., Ltd.?  Please explain:

I WAS ASKED TO HELP OUT Mr. Francis Liang, if I would send money to Weihai Textile Group, It would help Him.. "See Docs."

2.      Do you recognize the authenticity of any signature or stamp on the documents supplied in the commercial document package?  Please explain:
NO "FRAUD"

3.      Are the bills of lading or airway bills supplied in the commercial document package authentic?  If not, please explain why you believe these bills of lading or airway bills are not authentic:

I DON'T KNOW

4.      Are the invoices supplied in the commercial document package authentic?  If not, please explain why you believe these invoices are not authentic:

I DON'T KNOW

Eruption Holdings, Inc. 1603 Capitol Ave., Suite 314-957, Cheyenne, WY 82001

QDE EXHIBIT
**K6**

3021 Ridge Road, Suite A130
Rockwall, Texas 75032
Phone: (214) 458-6009

1550 Larimer Street, Suite 251
Denver, Colorado 80202
Phone: (303) 330-8636

# Wendy Carlson

### Certified Document Examiner
www.AmericasHandwritingExpert.com
americashandwritingexpert@gmail.com

## Curriculum Vitae

---

### Qualifications:

Wendy Carlson is a Certified Forensic Document Examiner who has studied handwriting and document examination and apprenticed under leading court-qualified Forensic Document Experts in the U.S.A. She been qualified as an Expert by State, Local, and Federal courts and has testified in Alabama, Arizona, Arkansas, Colorado, Florida, Georgia, Michigan, Mississippi, Missouri, New York, Oklahoma, Pennsylvania, South Dakota, Texas, Utah, Virginia, Washington, Wyoming, Ontario, Manitoba and Nova Scotia, Canada, Guam and Nassau, Bahamas.

Ms. Carlson has been approved or appointed by federal and state court judges to render opinions on handwriting issues in multiple states and has completed forensic document examinations for government entities such as United States Deputy Sheriff's Association, United States Department of the Air Force, United States Department of the Army, Ferris Police Department, Grand Prairie Police Department, Hill County and State Bar of Texas in Texas; District Attorney's Office in Arkansas, Offices of the State or Federal Public Defenders in Colorado, Idaho, Nevada, New York and Wyoming; Office of the General Counsel in Oklahoma; Buena Vista Police Department, Chaffee County Sheriff's Department, City and County of Denver in Colorado, Riley County, Kansas, Clark County, Nevada, Halifax, Simcoe County, Ontario, Canada, Supreme Court of the Virgin Islands.

In the last twelve years, Ms. Carlson has examined more than 25,000 documents and rendered opinions in approximately 2,300 active cases and peer reviews involving questioned signatures, handwritings, altered documents, legal contracts, court documents, anonymous writing, and graffiti. Ms. Carlson has rendered opinions on documents from clients in 47 states, Washington D.C., Albania, Antigua & Barbuda, Bahamas, British Virgin Islands, Canada, Chile, Cook Islands, Estonia, Guam, Haiti, Hong Kong, India, Jamaica, Kenya, Kuwait, Liberia, London, Morocco, New Zealand, Nicaragua, Poland, Puerto Rico, Somalia, Sweden, Trinidad and Tobago, Ukraine, St. Lucia, West Indies and St. Thomas, U. S. Virgin Islands. Ms. Carlson has examined documents and rendered opinions for handwriting comparisons written in Afghani, Arabic, Chinese, Eastern Indian, English, Greek, Korean and Spanish writing.

Ms. Carlson's expertise has been featured in CNN, Compound Media, The Daily Beast, Daily Mail, The Dallas Morning News, The Denver Post, Espressen, History Channel, The Houston Chronicle, Simon & Schuster, as well as investigative reports by ABC's The Denver Channel, CBS4 in Denver, Colorado, and Time Warner Cable News in Austin, Texas. She has also completed handwriting examinations and consulted with investigative reporters with The Charlotte Sun, National Enquirer, People Magazine and Yahoo. Ms. Carlson has been retained by the State of Colorado's Denver Election Division and the State of Kansas' Riley Election Division to teach employees and clerks how to identify a questioned signature prior to the 2011, 2012, 2013, 2014, 2016 and 2020 local and national elections. Ms. Carlson has been recognized as a winner of the 2020 Expert Witness awards in Lawyer Monthly magazine.

### Forensic Examination Provided For:

Disputed documents or questioned signatures on wills, checks, contracts, deeds, account ledgers, suspect documents, forgeries, identity theft, anonymous letters and writings, alterations, obliterations, erasures, typewritten documents, altered medical records, graffiti, handwritten numbers, computerized and/or handwritten documents, suicide notes, and autograph authentication.

### Education:

International School of Forensic Document Examination, Los Angeles, California, 2007-2009

Certificate after completion of a two-year course and apprenticeship under leading authorities in the field of Forensic Document Examination and Handwriting Identification from the International School of Forensic Document Examination. Attended weekly classes, lectures and teleseminars from Court Qualified Document Examiners and Instructors Bart Baggett, Robert Baier, Don Lehew and Beth Chrisman. Prepared for, observed and testified in real court trials.

EXHIBIT

Legge Affidavit: 090

*Twelve years experience* assisting multiple trial attorneys in case and trial presentation, 1996-2008

*American College of Forensic Examiners International*

    *Certification after Completion of Registered Investigator Course, July 2010*
    *Certification after Completion of Crime Scene Investigation Course, November 2010*
    *Certification after Completion of Digital Forensics Introduction Course, November 2010*

*American Institute of Applied Science, Inc., Completed lessons and exams for Questioned Documents course, April 2012*

*West Virginia University, Fundamentals of Forensic Questioned Documents, Certificate of Completion December 2016*

### Specific Areas of Training:

Handwriting Identification and Discrimination, Signature Comparison, Techniques for Distinguishing Forged Signatures, Disguised Handwriting, Hand Printing, Block Printing, Altered Numbers, Anonymous Writing, Factors that Affect Writing, Altered Documents, Staples Holes, Trial and Deposition Preparation, Document and Exhibit Preparation for Court, Discriminating Elements of Handwriting, Obliterated Writing, Ethics Requirements of a Document Examiner.

### Laboratory Equipment and Library Available for Use in Examination:

Richter Optica S6.6 LCD Stereo Zoom Microscope with screen and camera, MiScope digital microscope with built-in UV and IR lights, handheld magnifying devices and loupes of 3x-24x, Light Tracer light box, protractor, metric measuring devices, portable black light, Kodak 10x Optical IS digital camera, iMac computer and software, 27-inch flat screen monitor, multiple HP scanner/printer/copiers. Various books and articles on document examination, handwriting, and hundreds of detailed case studies from actual cases.

### Professional Memberships:

    International Association of Document Examiners 2019-current
    Scientific Association of Forensic Examiners 2015-2017
    American College of Forensic Examiners International 2010-2017, Diplomate 2016
    Forensic Expert Witness Association 2010-current

### Publications:

    How to Spot a Forgery
    Working With an Expert Witness

### Lectures, Seminars and Continuing Education:

| | |
|---|---|
| 02/18/09 | Understanding the Trial; Instructor Bart Baggett |
| 02/28/09 | Real Case Mock Trial |
| 03/11/09 | A Guide to Law and the Courts, and Rules of Evidence; Instructor Bart Baggett |
| 03/25/09 | Real Case Mock Trial |
| 07/02/09 | ASTM Guidelines; Instructor Bart Baggett |
| 07/09/09 | Jury Selection and Understanding the Law & the Courts; Real Case Mock Trial; Inst. Bart Baggett |
| 07/23/09 | The Rules and Future Challenges to the Expert; Instructor Bart Baggett |
| 09/25/09 | Critical Incident Stress: Statement Analysis and Interview v. Interrogation; Officer Faith Wood |
| 01/28/10 | "Working with the Expert Witness...the Plaintiff Attorney's Prospective", Lecturer Windle Turley |
| 08/14/10 | Forensic Document Examination Seminar training and instruction with Instructors Bart Baggett and Robert Baier |
| 08/14/10 | Identity Theft and Prevention; Instructor Robert Baier |
| 10/01/10 | Lecturer and Instructor: Introduction to Forensic Document Examination, Clear Lake High School, Houston, Texas |
| 11/08/10 | CLE: "Demystifying Daubert: Daubert's Effect on Your Work as an Expert Witness", The TASA Group, Inc. |
| 04/15/11 | Lecturer and Instructor: "How to Spot a Forgery", Denver Elections Division, Denver, Colorado |
| 06/08/12 | Lecturer and Instructor - "How to Spot a Forgery", Denver Elections Division, Denver, Colorado |
| 08/17/12 | Attendance and observation of criminal trial with Bart Baggett, Expert QDE, in Los Angeles, CA |
| 10/12/12 | Lecturer/Instructor: Refresher Course: "How to Spot a Forgery", Denver Elections Division, CO |
| 10/16/12 | Research regarding ESIGN, electronic documents and records, and electronic signatures |
| 12/15/12 | Speaker: Holographic Wills & Signatures, Military Order of Purple Hearts Annual Mtg, Dallas, TX |
| 02/05/13 | Speaker: Introduction to the Science of Handwriting and Document Examination, Jesuit College Preparatory School, Forensic Science Department, Dallas, Texas |

Legge Affidavit: 091

| 02/21/13 | Speaker: Introduction to the Science of Handwriting and Document Examination, Irma Lerma Rangel Young Women's Leadership School, Dallas, Texas |
| 10/18/13 | Lecturer and Instructor: "How to Spot a Forgery", Denver Elections Division, Denver, Colorado |
| 02/20/14 | Expert Witnesses and Lawyers Caught Off Guard: Lessons Learned, EJ Janik, Gary Kessler, Esq. |
| 06/06/14 | Lecturer and Instructor: "How to Spot a Forgery", Denver Elections Division, Denver, Colorado |
| 06/23/14 | Instruction and Training of new ballot and voter signature input equipment and software, Denver Elections Division, Colorado |
| 01/19/15 | Presentation/Training: "How to Spot a Forgery", Colorado County Clerks Assoc., Pueblo, CO |
| 09/10/15 | CE: Cert of Completion for "Teaching Forensic Handwriting Analysis Using The Simpsons", ACFEI |
| 09/19/15 | Forgeries, Forensics and Identification Through Handwriting, Lecturer Beth Chrisman, QDE |
| 02/09/16 | Lecturer and Instructor: "How to Spot a Forgery", Riley County Elections, Manahattan, Kansas |
| 03/07/16 | Completed/passed ten proficiency tests, Int'l School of Forensic Document Examination, CA |
| 12/17/16 | CE: Certificate of Completion for Fundamentals of Forensic Questioned Documents, WVU |
| 06/20/17 | Lecturer: "What is Forensic Document Examination and How Can It Help You?", Texas Association of Licensed Investigators, Garland, Texas |
| 08/09/17 | Lecturer: "What is Forensic Document Examination and How Can It Help You?", North Texas Private Investigators Association, Garland, Texas |
| 09/08/17 | CE: "Expert Witness, a Judge's Perspective", Lecturer 2nd Judicial District Court Chief Judge Michael A. Martinez, IADE Conference, Westminster, Colorado |
| 09/27/17 | CE: "Is it Cut & Paste or a Scanner Issue?", video conference, Lecturer Kathy Carlson, Scientific Association of Forensic Examiners |
| 02/07/18 | "Cross-Examination of Expert Witnesses From the Trial Lawyer's Perspective", Lecturer Nancy L. Stagg, Esq. |
| 02/08/18 | Lecturer: "How Handwriting Examination Can Aid You in Your Case", Texas Association of Licensed Investigators, Dallas, Texas |
| 02/08/18 | CE: "Lessons in Leadership, Professionalism, and Ethics From a Career as a Soldier", Presented by Lt. Col. Allen B. West, 2018 TALI Mid-Winter Seminar |
| 8/24-25/18 | CE: International Association of Document Examiners Annual Conference, hosted by Kathy Carlson, QDE, Montrose, Colorado |
| 11/26/18 | Proficiency Testing through Collaborative Testing Services, Inc., Virginia |
| 01/21/19 | Speaker: "Handwriting Analysis and Its Usefulness Professionally and Personally", Chabad Young Professionals, Lubavitch of Arkansas Branch |
| 05/16/19 | CE: Alzheimer's Disease and Dementia, IADE, Lecturer Nanette Barto, QDE |
| 10/14/19 | CE: Descriptive Terminology, International Association of Document Examiners, Lecturer Katherine M. Koppenhaver, CDE |
| 10/26/19 | CE: What Handwriting Does For Your Brain, American Handwriting Analysis Foundation, Lecturer W. R. Klemm, Senior Professor of Neuroscience, Texas A & M University |
| 10/26/19 | CE: Professional Ethics for Handwriting Analysts, American Handwriting Analysis Foundation, Lecturer Donna Massachusetts |
| 10/28/19 | CE: Research-Using the Scientific Method, International Association of Document Examiners, Lecturer Katherine M. Koppenhaver, CDE |
| 12/19/19 | CE: Email Comparison, IADE, Lecturer Nanette Barto, QDE |
| 01/13/20 | CE: Depositions, IADE, Lecturer Katherine M. Koppenhaver, CDE |
| 01/20, 2/10/20 | CE: Principles of Handwriting Identification, IADE, Lecturer Katherine M. Koppenhaver, CDE |
| 03/04/20 | Speaker: "Career Options in Forensics and Introduction to Forensic Document Examination," J.J. Pearce High School Forensics Class, Ms. Garza's 6th & 7th periods |
| 04/29/20 | Completed and Passed Proficiency Testing through Collaborative Testing Services, Inc., Virginia |
| 05/11/20 | CE: Desktop Publishing (related to check fraud), IADE, Lecturer Katherine M. Koppenhaver, CDE |
| 05/27/20 | Lecturer/Instructor: "How to Spot a Forgery or Suspicious Signature – Refresher Course", Riley County Elections, Kansas |
| 07/02/20 | Completed and Passed Certification Testing with 96% accuracy, International Association of Document Examiners |
| 9/21-23/20 | IADE Annual Seminar; continuing education on Disguised Handwriting, Elderly Writing and Motor Disorders, Federal Rules of Civil Procedure and Infrared and Ultraviolet Lighting |
| 09/23/20 | IADE Annual Seminar – participant in Mock Trial |
| 12/08/20 | CE: Proper Care and Handling of Documents, IADE, Lecturer Katherine M. Koppenhaver, CDE |
| 12/14/20 | CE: Typewriters and Printers, IADE, Lecturer Katherine M. Koppenhaver, CDE |
| 02/10/21 | CE: Effective Presentation of Testimony, A View From the Bench, FEWA, Honorable David W. Abbott, Ret. |
| 03/18/21 | CE: Analyzing Staples Holes, IADE, Lecturer Brenda Petty, CQDE |
| 04/27/21 | CE: Ethical Responsibility, IADE, Lecturer Katherine M. Koppenhaver, CDE |

**SWGDOC Standard Terminology for Expressing Conclusions of Forensic Document Examiners**

### 1. Scope
1.1 This terminology is intended to assist forensic document examiners in expressing conclusions or opinions based on their examinations.

1.2 The terms in this terminology are based on the report of a committee of the Questioned Document Section of the American Academy of Forensic Science that was adopted as the recommended guidelines in reports and testimony by the Questioned Document Section of the American Academy of Forensic Science and the American Board of Forensic Document Examiners.[1]

### 2. Referenced Documents
2.1 *Standards*
SWGDOC Standard for Scope of Work of Forensic Document Examiners

### 3. Significance and Use
3.1 Document examiners begin examinations from a point of neutrality. There are an infinite number of gradations of opinion toward an identification or toward an elimination. It is in those cases wherein the opinion is less than definite that careful attention is especially needed in the choice of language used to convey the weight of the evidence.

3.2 Common sense dictates that we must limit the terminology we use in expressing our degrees of confidence in the evidence to terms that are readily understandable to those who use our services (including investigators, attorneys, judges, and jury members), as well as to other document examiners. The expressions used to differentiate the gradations of opinions should not be considered as strongly defined "categories". These expressions should be guidelines without sharply defined boundaries.

3.3 When a forensic document examiner chooses to use one of the terms defined below, the listener or reader can assume that this is what the examiner intended the term to mean. To avoid the possibility of misinterpretation of a term where the expert is not present to explain the guidelines in this standard, the appropriate definition(s) could be quoted in or appended to reports.

3.4 The examples are given both in the first person and in third person since both methods of reporting are used by document examiners and since both forms meet the main purpose of the standard, that is, to suggest terminology that is readily understandable. These examples should not be regarded as the only ways to utilize probability statements in reports and testimony. In following any guidelines, the examiner should always bear in mind that sometimes the examination will lead into paths that cannot be anticipated and that no guidelines can cover exactly.

3.5 Although the material that follows deals with handwriting, forensic document examiners may apply this terminology to other examinations within the scope of their work, as described in SWGDOC Standard for Scope of Work of Forensic Document Examiners, and it may be used by forensic examiners in other areas, as appropriate.

3.6 *This standard does not purport to address all of the safety concerns, if any, associated with its use. It is the responsibility of the user of this standard to establish appropriate safety and health practices and determine the applicability of regulatory limitations prior to use.*

### 4. Terminology
4.1 *Recommended Terms:*

**identification (definite conclusion of identity)**—this is the highest degree of confidence expressed by document examiners in handwriting comparisons. The examiner has no reservations whatever, and although prohibited from using the word "fact," the examiner is certain, based on evidence contained in the handwriting, that the writer of the known material actually wrote the writing in question.

*Examples*—It has been concluded that John Doe wrote the questioned material, or it is my opinion [or conclusion] that John Doe of the known material wrote the questioned material.

**strong probability (highly probable, very probable)**—the evidence is very persuasive, yet some critical feature or quality is missing so that an *identification* is not in order; however, the examiner is virtually certain that the questioned and known writings were written by the same individual.

*Examples*—There is *strong probability* that the John Doe of the known material wrote the questioned material, or it is my opinion (or conclusion or determination) that the John Doe of the known material *very probably* wrote the questioned material.

DISCUSSION—Some examiners doubt the desirability of differentiating between strong probability and probable, and certainly they may eliminate this terminology. But those examiners who are trying to encompass the entire "gray scale" of degrees of confidence may wish to use this or a similar term.

---

[1] McAlexander T.V., Beck, J., and Dick, R., "The Standardization of Handwriting Opinion Terminology," *Journal of Forensic Science*, Vol 36, No. 2, March 1991, pp. 311–319.

Copyright by SWGDOC (all rights reserved). Wed Jan 14 13:26:05 CDT 2015

EXHIBIT
**2**

Legge Affidavit: 093

**probable**—the evidence contained in the handwriting points rather strongly toward the questioned and known writings having been written by the same individual; however, it falls short of the" virtually certain" degree of confidence.
*Examples*—It has been concluded that the John Doe of the known material probably wrote the questioned material, or it is my opinion (or conclusion or determination) that the John Doe of the known material *probably* wrote the questioned material.

**indications (evidence to suggest)**—a body of writing has few features which are of significance for handwriting comparison purposes, but those features are in agreement with another body of writing.
*Examples*—There is evidence which *indicates* (or *suggests*) that the John Doe of the known material may have written the questioned material but the evidence falls far short of that necessary to support a definite conclusion.
DISCUSSION—This is a very weak opinion, and a report may be misinterpreted to be an identification by some readers if the report simply states, "The evidence *indicates* that the John Doe of the known material wrote the questioned material." There should always be additional limiting words or phrases (such as "may have" or "but the evidence is far from conclusive") when this opinion is reported, to ensure that the reader understands that the opinion is weak. Some examiners doubt the desirability of reporting an opinion this vague, and certainly they cannot be criticized if they eliminate this terminology. But those examiners who are trying to encompass the entire "gray scale" of degrees of confidence may wish to use this or a similar term.

**no conclusion (totally inconclusive, indeterminable)**—This is the zero point of the confidence scale. It is used when there are significantly limiting factors, such as disguise in the questioned and/or known writing or a lack of comparable writing, and the examiner does not have even a leaning one way or another. *Examples*—*No conclusion* could be reached as to whether or not the John Doe of the known material wrote the questioned material, or I could not determine whether or not the John Doe of the known material wrote the questioned material.

**indications did not**—this carries the same weight as the indications term that is, it is a very weak opinion.
*Examples*—There is very little significant evidence present in the comparable portions of the questioned and known writings, but that evidence suggests that the John Doe of the known material did not write the questioned material, or I found indications that the John Doe of the known material did *not* write the questioned material but the evidence is far from conclusive.
See Discussion after indications.

**probably did not**—the evidence points rather strongly against the questioned and known writings having been written by the same individual, but, as in the probable range above, the evidence is not quite up to the "virtually certain" range.
*Examples*—It has been concluded that the John Doe of the known material probably did not write the questioned material, or it is my opinion (or conclusion or determination) that the John Doe of the known material probably did not write the questioned material.
DISCUSSION—Some examiners prefer to state this opinion: "It is unlikely that the John Doe of the known material wrote the questioned material." There is no strong objection to this, as "unlikely" is merely the Anglo-Saxon equivalent of "improbable".

**strong probability did not**—this carries the same weight as strong probability on the identification side of the scale; that is, the examiner is virtually certain that the questioned and known writings were not written by the same individual.
*Examples*—There is strong probability that the John Doe of the known material did not write the questioned material, or in my opinion (or conclusion or determination) it is highly probable that the John Doe of the known material did not write the questioned material.
DISCUSSION—Certainly those examiners who choose to use "unlikely" in place of "probably did not" may wish to use "highly unlikely" here.

**elimination**—this, like the *definite conclusion of identity*, is the highest degree of confidence expressed by the document examiner in handwriting comparisons. By using this expression the examiner denotes no doubt in his opinion that the questioned and known writings were not written by the same individual.
*Examples*—It has been concluded that the John Doe of the known material did not write the questioned material, or it is my opinion (or conclusion or determination) that the John Doe of the known material did not write the questioned material.
DISCUSSION—This is often a very difficult determination to make in handwriting examinations, especially when only requested exemplars are available, and extreme care should be used in arriving at this conclusion.

4.1.1 When the opinion is less than definite, there is usually a necessity for additional comments, consisting of such things as reasons for qualification (if the available evidence allows that determination), suggestions for remedies (if any are known), and any other comments that will shed more light on the report. The report should stand alone with no extra explanations necessary.

4.2 *Deprecated and Discouraged Expressions*:

4.2.1 Several expressions occasionally used by document examiners are troublesome because they may be misinterpreted to imply bias, lack of clarity, or fallaciousness and their use is deprecated. Some of the terms are so

Copyright by SWGDOC (all rights reserved), Wed Jan 14 13:26:05 CDT 2015

Legge Affidavit: 094

blatantly inane (such as "make/no make") that they will not be discussed. The use of others is discouraged because they are incomplete or misused. These expressions include:

**possible/could have**—these terms have no place in expert opinions on handwriting because the examiner's task is to decide to what degree of certainty it can be said that a handwriting sample is by a specific person. If the evidence is so limited or unclear that no definite or qualified opinion can be expressed, then the proper answer is *no conclusion*. To say that the suspect "could have written the material in question" says nothing about probability and is therefore meaningless to the reader or to the court. The examiner should be clear on the different meanings of "possible" and "probable," although they are often used interchangeably in everyday speech.

**consistent with**—there are times when this expression is perfectly appropriate, such as when "evidence consistent with disguise is present" or "evidence consistent with a simulation or tracing is present, but "the known writing is consistent with the questioned writing" has no intelligible meaning.

**could not be identified/cannot identify**—these terms are objectionable not only because they are ambiguous but also because they are biased; they imply that the examiner's task is only to identify the suspect, not to decide whether or not the suspect is the writer. If one of these terms is used, it should always be followed by "or eliminate[d]".

**similarities were noted/differences as well as similarities**— these expressions are meaningless without an explanation as to the extent and significance of the similarities or differences between the known and questioned material. These terms should never be substituted for gradations of opinions.

**cannot be associated/cannot be connected**—these terms are too vague and may be interpreted as reflecting bias as they have no counterpart suggesting that the writer cannot be eliminated either.

**no identification**—this expression could be understood to mean anything from a strong probability that the suspect wrote the questioned writing; to a complete elimination. It is not only confusing but also grammatically incorrect when used informally in sentences such as. "I no identified the writer" or "I made a no ident in this case."

**inconclusive**—this is commonly used synonymously with no conclusion when the examiner is at the zero point on the scale of confidence. A potential problem is that some people understand this term to mean something short of definite (or conclusive), that is, any degree of probability, and the examiner should be aware of this ambiguity.

**positive identification**—This phrase is inappropriate because it seems to suggest that some identifications are more positive than others.

**[strong] reason to believe**—there are too many definitions of *believe* and *belief* that lack certitude. It is more appropriate to testify to our conclusion (or determination or expert opinion) than to our belief, so why use that term in a report?

**qualified identification**—An *identification* is not qualified. However, opinions may be qualified when the evidence falls short of an *identification* or *elimination*.

Legge Affidavit: 095

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

WEIHAI TEXTILE GROUP IMPORT & )
EXPORT CO., LTD., )
)    Case No.: 2:21-MC-00147-SWS
*Petitioner,* )
)
v. )
)
ERUPTION HOLDINGS, INC., )
)
*Respondent.* )

---

**AFFIDAVIT OF JOHN LEGGE**

---

# EXHIBIT 16



# America Strong™

July 25, 2018

Attn: China Vendors & Suppliers
至：中国大陆业务合作单位

Dear Sir/Madam,

The company, Eruption Holdings, Inc., appointed Mr. Liu, Yun (York Liu), Passport No.
ED9480633, as our company's representative responsible for all business cooperation in China.
Mr. York Liu is fully authorized to negotiate and execute all cooperation on behalf of the
company.

本公司聘请刘云先生 (York Liu)，护照号 ED9480633，为我方公司在中国大陆业务合作的全
权代表。有权利代表本公司行使业务合作的一起权利。
特此证明。

Respectfully Yours,

Francis Liang
francis@EruptionInc.com
Tel: 626-297-8689
Eruption Holdings, Inc.
1603 Capitol Ave., Suite 314-957
Cheyenne, WY 82001

EruptionInc.com

USArmedForces.us



West Coast Distribution Center: 11135 E. Rush Street, Suite# U, South El Monte, CA 91733/Tel: 626-758-1308

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

WEIHAI TEXTILE GROUP IMPORT &
EXPORT CO., LTD.,

        *Petitioner,*

      v.

ERUPTION HOLDINGS, INC.,

        *Respondent.*

)
)
)
)
)
)
)
)
)
)

Case No.: 2:21-MC-00147-SWS

---

## AFFIDAVIT OF JOHN LEGGE

---

# EXHIBIT 17



RefNo.: EC201904507

Trust Deed and Letter of Instruction

We, China Export & Credit Insurance Corporation , hereby confirm our instruction to Brown & Joseph,LLC for debt collection against ERUPTION HOLDINGS INC. who has defaulted in payment to our client WEIHAI TEXTILE GROUP IMPORT & EXPORT CO.,LTD. under the Invoice(s) No. ZNS3001190107ERUPY、 ZNS3001190 128ERUPY、ZNS3001190122ERUPY、ZNS3001181231ERUPY、ZNS3001190109 ERUPY, signed between ERUPTION HOLDINGS INC. (the defaulter) and WEIHAI TEXTILE GROUP IMPORT & EXPORT CO.,LTD. (our client).

The total amount hereby instructed is USD577,237.10 (Say US Dollar Five Hundred and Seventy-Seven Thousand Two Hundred and Thirty-Seven and Ten Cents) plus the interest accrued.

We further confirm to grant Brown & Joseph,LLC the full power in exercising such rights and remedies in our or its own name for the amicable debt collection and commit ourselves to render any assistance as it may reasonably require of us from time to time.

Authorized Signature:

Title (in capital letter): Manager

Date (day / month / year): 10/05/2019

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

WEIHAI TEXTILE GROUP IMPORT     )
EXPORT CO., LTD.,     )
    )
          *Petitioner,*     )
    )
       v.     )
    )
ERUPTION HOLDINGS, INC.,     )
    )
          *Respondent.*     )

Case No.: 2:21-MC-00147-SWS

---

## AFFIDAVIT OF JOHN LEGGE

---

# EXHIBIT 18

 **Gmail**                                John Legge <leggejohnv@gmail.com>

# RE: Eruption Holdings
3 messages

---

**John Legge** <leggejohnv@gmail.com>                    Fri, Jul 16, 2021 at 5:39 PM
To: wyezcorp@gmail.com
Cc: rford@wpdn.net

07/16/2021
Wyoming EZ Corp Inc.

Dear Candace,
Has your office received any legal papers or any other correspondence on these dates;

Dates of delivered documents:

- July 14, 2020
- Sept 30, 2020
- December 7, 2020
- Jan. 22, 2021

Thank you for your assistance.

---

**Wyoming EZ Corp** <wyezcorp@gmail.com>                 Mon, Jul 19, 2021 at 9:50 AM
To: John Legge <leggejohnv@gmail.com>

Good morning John,

Thank you for your email. I am sorry, but we have not received anything for you on these dates. If or When we receive anything I will be sure to let you know as I know that you are having issues currently with your identity being stolen. I will also let Ashley know to keep an eye out for anything addressed to you specifically. Have a great rest of your day.

Best Regards,
Misty Roland

**Wyoming EZ Corp**
Thank you for choosing Wyoming EZ Corp.

     

[Quoted text hidden]                                    Legge Affidavit: 101

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| WEIHAI TEXTILE GROUP IMPORT & EXPORT CO., LTD., | ) ) ) | |
| Petitioner, | ) ) | Case No.: 2:21-MC-00147-SWS |
| v. | ) ) | |
| ERUPTION HOLDINGS, INC., | ) ) | |
| Respondent. | ) ) | |

## AFFIDAVIT OF JOHN LEGGE

# EXHIBIT 19

CT598604850CN – Posting Date: January 15, 2021

https://www.chinapostaltracking.com/package-tracking/?trackingno=CT598604850CN#results



https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=3&text28777=&tLabels=CT598604850CN%2C%2C&tABt=false



Last visited on August 2, 2021

https://www.ems.post/en/global-network/tracking



https://www.trackingmore.com/all/en/CT598604850CN

