Bradley T. Cave, P.C. (Wyo. State Bar # 5-2792)
HOLLAND & HART LLP
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY 82001
Telephone: 307.778.4200
bcave@hollandhart.com

Yan Ge (admitted *pro hac vice*)
Michael Amberg (admitted *pro hac vice*)
Wenfeng Su (admitted *pro hac vice*)
KING & WOOD MALLESONS LLP
535 Middlefield Road, Suite 245
Menlo Park, CA 94025
Telephone: (650) 858-1285
geyan@us.kwm.com
michael.amberg@us.kwm.com
wenfeng.su@us.kwm.com

Bing Cheng (admitted *pro hac vice*)
KING & WOOD MALLESONS LLP
500 5th Ave #50
New York, NY 10036
Telephone: +86 (10) 5878-5187
chengbing@cn.kwm.com

COUNSEL FOR PETITIONER
WEIHAI TEXTILE GROUP IMPORT & EXPORT CO. LTD.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| WEIHAI TEXTILE GROUP IMPORT & EXPORT CO., LTD., <br><br> *Petitioner*, <br><br> v. <br><br> ERUPTION HOLDINGS, INC., <br><br> *Respondent*. | Civil Action No. 2:21-mc-00147-SWS |

## PETITIONER'S MOTION FOR EXTENSION OF TIME TO OPPOSE (FIRST REQUEST)

Weihai Textile Group Import & Export Co., LTD. ("Weihai"), by and through undersigned counsel, pursuant to Rule 6(b) Fed. R. Civ. P. and Local Rule 6.1(b), hereby submits its first request for the Court to extend, until September 10, 2021, the date to oppose the Motion

of Respondent Eruption Holdings, Inc. ("Eruption") to Set Aside or Refuse Arbitral Award, filed on August 6, 2021 (Doc. No. 11). Weihai's counsel has consulted with Eruption's counsel about this motion, and has been authorized to represent to the Court that Eruption does not anticipate filing an objection to this motion.

Weihai requests this extension in order to review the motion and supporting materials and to prepare a response. Eruption's brief in support of its motion and Mr. Legge's affidavit and its exhibits are factually intensive. Weihai's counsel will need additional time to discuss and verify the facts alleged in them with Weihai, which not only involves international communication with a 14- to 15-hour time difference, but also translation of the materials submitted by Eruption and any material and testimony that Weihai decides to file in support of its opposition.

A proposed form of order accompanies this motion.

RESPECTFULLY SUBMITTED this 19th day of August, 2021.

*/s/ Bradley T. Cave*
Bradley T. Cave, P.C. (Wyo. State Bar # 5-2792)
HOLLAND & HART LLP
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY 82001
Telephone: 307.778.4200
bcave@hollandhart.com

Yan Ge (admitted *pro hac vice*)
Michael Amberg (admitted *pro hac vice*)
Wenfeng Su (admitted *pro hac vice*)
KING & WOOD MALLESONS LLP
535 Middlefield Road, Suite 245
Menlo Park, CA 94025
Telephone: (650) 858-1285
geyan@us.kwm.com
michael.amberg@us.kwm.com
wenfeng.su@us.kwm.com

Bing Cheng (admitted *pro hac vice*)
KING & WOOD MALLESONS LLP
500 5th Ave #50
New York, NY 10036
Telephone: +86 (10) 5878-5187
chengbing@cn.kwm.com

COUNSEL FOR PETITIONER
WEIHAI TEXTILE GROUP
IMPORT & EXPORT CO. LTD.

17255832_v1