# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| WEIHAI TEXTILE GROUP IMPORT & EXPORT CO., LTD., | ) ) ) | |
| *Petitioner*, | ) ) | |
| v. | ) ) | Civil Action No. 2:21-mc-00147-SWS |
| ERUPTION HOLDINGS, INC., | ) ) ) | |
| *Respondent*. | ) | |

## ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO OPPOSE (FIRST REQUEST)

Having come before the Court upon *Petitioner's Motion for Extension of Time to Respond (First Request)*, and finding good cause to grant the same, it is hereby ordered as follows:

1. Petitioner's motion is granted,

2. Petitioner shall have through the end of the day on September 10, 2021, to file an opposition to Respondent's *Motion to Set Aside or Refuse Arbitral Award*, with the Court.

Dated this _____ day of August, 2021.

_____
HON. SCOTT W. SKAVDAHL
United States District Judge

17255887_v1