U.S. DISTRICT COURT
DISTRICT OF WYOMING

2021 AUG 20 AM 10: 39

MARGARET BOTKINS, CLERK
CASPER

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

WEIHAI TEXTILE GROUP IMPORT & EXPORT  )
CO., LTD.,                             )
                                       )
        *Petitioner*,                  )
                                       )
    v.                                 )     Civil Action No. 2:21-mc-00147-
                                       )     SWS
ERUPTION HOLDINGS, INC.,               )
                                       )
        *Respondent*.                  )

**ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO
OPPOSE (FIRST REQUEST)**

Having come before the Court upon *Petitioner's Motion for Extension of Time to
Respond (First Request)*, and finding good cause to grant the same, it is hereby ordered as
follows:

1. Petitioner's motion is granted,

2. Petitioner shall have through the end of the day on September 10, 2021, to file an
   opposition to Respondent's *Motion to Set Aside or Refuse Arbitral Award*, with the
   Court.

Dated this 20 day of August, 2021.

HON. SCOTT W. SKAVDAHL
United States District Judge