IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2021 DEC 15 AM 10: 39
MARGARET BOTKINS, CLERK
CASPER

| | |
|---|---|
| WEIHAI TEXTILE GROUP IMPORT & EXPORT CO., LTD., <br><br> Petitioner, <br><br> v. <br><br> ERUPTION HOLDINGS INC., <br><br> Respondent. | Case No. 2:21-mc-00147-SWS |

**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF
JEAN CLAUDE MAZZOLA, RUOFEI XIANG, AND KEVIN KELLY**

THIS MATTER having come before the Court upon the motion of counsel for Petitioner Weihai Textile Group Import & Export Co., Ltd., pursuant to U.S.D.C.L.R. 84.2(b), for the purpose of admitting Jean Claude Mazzola, Ruofei Xiang, and Kevin Kelly as *Pro Hac Vice* counsel for Petitioner Weihai Textile Group Import & Export Co., Ltd. in the District of Wyoming. The Court reviewed this matter and finds that the Motion should be granted. Accordingly,

IT IS HEREBY ORDERD that Jean Claude Mazzola, Ruofei Xiang, and Kevin Kelly are hereby admitted to practice before this Court for all purposes in this matter.

IT IS FURTHER ORDERED that local counsel shall be present in Court during all proceedings in connection with the case, unless excused by the Court, and shall have full authority to act for and on behalf of the client in all matters including pretrial conferences, as well as trial or any other hearings. Any notice, pleading or other paper shall be served on all counsel of record including local counsel.

DATED this 14th day of Dec., 2021.

*Scott W. Skavdahl*
U.S. District Judge.