MAZZOLA LINDSTROM LLP
*Attorneys for Plaintiff*
*Weihai Textile Group*
*Import & Export Co., Ltd.*
1350 Avenue of the Americas, 2FL
New York, New York 10019
(646) 216-8178

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| WEIHAI TEXTILE GROUP IMPORT & EXPORT CO., LTD.<br>             Petitioner,<br>-against-<br><br>ERUPTION HOLDINGS, INC.<br>             Respondent. | Case No.: 1:21-mc-147-SWS |

**NOTICE OF APPEARANCE PRO HAC VICE OF KEVIN KELLY**

**PLEASE TAKE NOTICE** that Kevin Kelly of the firm Mazzola Lindstrom LLP hereby appears in the above captioned case as counsel for Petitioner WEIHAI TEXTILE GROUP IMPORT & EXPORT CO., LTD., and requests that all notices and all papers served or required to be served in this case be also given to and served upon the undersigned counsel.

Dated: New York, New York
      December 17, 2021

MAZZOLA LINDSTROM LLP

/s/ Kevin Kelly
_____
Kevin Kelly
1350 Avenue of the Americas, 2FL
New York, NY 10019
718.576.2055
kevin@mazzolalindstrom.com
*Attorneys For Plaintiff*
*Weihai Textile Group Import & Export Co. LTD.*